# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 7/8/2022     Time: 1:30 p.m.

Defendant: LAVON MOSS JR          J#: 07588-506     Case #: 22-CR-20275-MGC

AUSA: Michelle Vigilance          Attorney: Christopher Meadows - AFPD

Violation: POSSESSION OF FIFTEEN OR MORE UNAUTHORIZED ACCESS DEVICES, AGGRAVATED IDENTITY THEFT          Surr/Arrest Date: 7/7/2022     YOB: 1989

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes  ☒ No          Recommended Bond:

Bond Set at: $100K PSB          Co-signed by: (Mother - Erena Roberts) or cousin

☒ Surrender and/or do not obtain passports/travel docs          Language: English

☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☒ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☒ Refrain from excessive use of alcohol

☒ Participate in mental health assessment & treatment — Deft to be assess and follow PTS recommendation

☒ Maintain or seek full-time employment/education — Deft cannot accept a job where access is given to

☐ No contact with victims/witnesses, except through counsel

☒ No firearms or dangerous weapons — Personal Identifier Information or Credit Cards.

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

☐ Other: ___

Disposition: Deft advised of rights and charges; Consents to appear via zoom; AFPD is appointed

no hearing held.

Deft is released.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 7/12/22  10:00  Duty

Status Conference RE:

D.A.R. zoom 1:55 pm; 2:01; 2:19 pm          Time in Court: 20 minutes

/s/ Chris M. McAliley          Magistrate Judge