UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-20275-CR-COOKE

UNITED STATES OF AMERICA,

v.

LAVON MOSS, JR.,

      Defendant.

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Joshua Paster, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *s/ Joshua Paster*
Joshua Paster
Assistant United States Attorney
Court ID No.   A5502616
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9342
Email:   Joshua.Paster@usdoj.gov