# COURT MINUTES

Page 6

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**  Date: 07/12/2022  Time: 10:00 a.m.

Defendant: Lavon Moss Jr.  J#: **BOND**  Case #: 22-20275-CR-COOKE/ DAMIAN

AUSA: Michael Augustin  Attorney: AFPD, Christian Dunham

Violation: Possession of 15 or more Unauthorized Access Devices, Aggravated Identity Theft

Proceeding: Arraignment  CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:

Bond Set at: $100,000 Personal Surety Bond  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Brady Order not given.

- Deft Arraigned

Reading of indictment Waived ✓
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order requested. ✓

- Brady Order.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:17:57  Time in Court: 2 minutes