UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20275-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAVON MOSS, JR.,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

This cause is before the court on Defendant's Unopposed Motion to Continue Trial (ECF No. 17). The Court having reviewed said motion and being fully advised as to its premises, it is:

ORDERED AND ADJUDGED the Motion is **GRANTED**. The trial of this cause is hereby **CONTINUED** to the two-week trial period commencing _____, 2022 at _____am/pm. A Calendar Call will be held on _____, 2022 at _____am/pm. The motions deadline shall be _____, 2022.

DONE AND ORDERED in Miami, Florida this _____ day of September, 2022.

                                                              _____
                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record