UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20275-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

LAVON MOSS, JR.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing for the defendant in the above referenced case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   */s/Jenny Wilson*
       Jenny Wilson
       Assistant Federal Public Defender
       Florida Bar No. 1031758
       150 W. Flagler Street, Suite 1700
       Miami, Florida  33130
       Tel:   305-530-7000
       E-Mail Address: jenny_wilson@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2022, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/ Jenny Wilson*
Jenny Wilson