## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CR-20275-MARTINEZ/BECERRA

**UNITED STATES OF AMERICA**

vs.

**LAVON MOSS JR.,**

      **Defendant.**
_____/

### UNITED STATES OF AMERICA'S SUPPLEMENTAL NOTICE OF AUTHORITY FOR NOVEMBER 7, 2022, MOTION TO SUPPRESS HEARING

1. *United States v. Peagler,* 847 F.2d 756 (11th Cir. 1988) (warrant that sought to obtain evidence of "documents, records, papers, funds and any other evidence constituting trafficking in narcotics" was not overly broad, holding that elaborate specificity is unnecessary.)

2. *United States v. Blake,* 868 F. 3d 960, 975 (11th Cir. 2017) (holding that the violation of the particularity requirement was not an open and shut matter, but close enough to question warrants were not so "facially deficient" for agents to have reasonably relied on them.)

3. *United States v. Carson*, 520 F. App'x 874, 889 (11th Cir. 2013) (holding the "catch-all" phrase in the search warrant authorizing the seizure of "any and all material evidence of violations of Criminal Code of Alabama, together with fruits instrumentalities and evidence of crimes at this time unknown" did not render warrant overbroad.)

4. *United States v. Rocher*, 2018 WL 1071892, at *8 (M.D. Fla., 2018) (holding the search warrant not overly broad where the warrant referenced the two Florida laws being violated,

stated the probable cause for this belief, and stated that "property connected with the above listed crime(s) is currently being contained, stored or concealed" there.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of filing to counsel of record.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   */s/ Yara Dodin*
Yara Dodin
Assistant United States Attorney
Florida Bar No. 0124979
99 NE 4th Street
Miami, Florida 33132-2111
Phone: (786) 761-3135
Email: Yara.Dodin@usdoj.gov