# UNITED STATES DISTRICT COURT
# SOURTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
vs.
LAVON MOSS JR.

**Witness and Exhibit List**

Case Number: 22-CR-20275

| Presiding Judge: Honorable Jacqueline Becerra | | | | | AUSA: Yara Dodin | Defendants' Attorneys: Aimee Ferrer |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 1. | | | | 11/7/22 | TFO Yunieski Arriola, MDPD | |
| 1 | | 11/7/22 | 11/7/22 | | Search warrant | |
| 2 | | 11/7/22 | 11/7/22 | | Photograph of inside of residence | |
| 3 | | 11/7/22 | 11/7/22 | | Photograph of defendant's room zoomed out | |
| 4 | | 11/7/22 | 11/7/22 | | Photograph of highchair in defendant's room | |
| 5 | | 11/7/22 | 11/7/22 | | Photograph of mirror | |
| 6 | | 11/7/22 | 11/7/22 | | Photograph of backpack and brown bag | |
| 7 | | 11/7/22 | 11/7/22 | | Photograph of backpack and brown bag - open | |
| 8 | | 11/7/22 | 11/7/22 | | Photograph of desk with notebook | |
| 9 | | 11/7/22 | 11/7/22 | | Photograph of desk with notebook – close up | |
| 10 | | 11/7/22 | 11/7/22 | | Photograph of backpack and brown bag with marijuana | |
| 11 | | 11/7/22 | 11/7/22 | | Photograph of marijuana on floor | |
| 12 | | 11/7/22 | 11/7/22 | | Photograph of marijuana in baggies | |
| 13 | | 11/7/22 | 11/7/22 | | Photograph of digital scale with residue | |
| 14 | | 11/7/22 | 11/7/22 | | Photograph of red notebook | |
| 15 | | 11/7/22 | 11/7/22 | | Photograph of inside of red notebook | |
| 16 | | 11/7/22 | 11/7/22 | | Photograph of inside of notebook – first page | |
| 17 | | 11/7/22 | 11/7/22 | | Photograph of inside of notebook – "paid" | |
| 18 | | 11/7/22 | 11/7/22 | | Property receipt | |