

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    22-CR-20275-JEM

EXHIBIT NO.    8