Colorado

Derrick Moss

Bob Moss

Jeremy Amanda Moss
523472777      Jimmy N 215
03/02/1973     76#8

Angela McGrath Moss

alsanchez5570@gmail.com

rwood6138@gmail

**Right page:**

Florida

Jessica Jackson
06/27/1973
127560955

#3 Mike Azzolina
037382339
11/05/1967

25 7th Wendell Clark
589048583
09/22/1990

Travis Smith
59234 1832
01/04/1980

22 Mines    0099

(notes): Fla Biscayne, 5800 Biscayne Blvd Suite b, Miami 33177, 786-4229784
From 08/11/2019 To 09/16/2020

Expedite Bando
Nemoftrading990@gmail.com
Corona 154#
0373                Good

2408 NW 39th
7am-9pm JoJo Hase

estes
miami
patricia       smithtravist194@gmail.com
5923                    JoJo Hase