# AZ

Cecil D Peters

(PAiD)

Claim week ✓

Michael D Staats  nemofunding@gmail.com
$340.00  526373664   1837        520-743-3112
$6,000  02/15/1959  PW:shottass1    Plies House

Claim week ✓

$340.00 ~~@~~~~~~~~~~~  Frank R Ceballor
$6,000 Plies House   051643882        2221
520-322-7882      10-7-1979   Jachfoe2100@gmo
(PAiD)   PW: BlockBoy1   Claim week ✓
                                    Female
~~@@@@@@@@@@@@~~ Karens Rowe Burk
1320 NW 60 St    515626111      3331
    Miami Fl 33142   02/19/1958
520-420-6002   PW: Microwave 2    NO Good

Cheryl K Pevler

Michael G Baerg