# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT.

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

Page 1 of 1
PEB INVENTORY NO.:
Agency Code: 30
MIAMI-DADE POLICE CASE NO.: 0220104 004209
DATE-TIME IMPOUNDED: 1/11/22 12:15 AM
PROPERTY BUREAU LOCATOR CODE:
OTHER DEPT. CASE NO.:
OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO.:

ADDRESS WHERE PROPERTY IMPOUNDED: 1517 NW 155 St
TYPE OF CASE: Sale of Marijuana

DISCOVERED BY (Name): Det. Arriola, Y
ADDRESS: HD-HSUTF
TEL #: (305) 471-2400

☐ OWNER  ☑ VICTIM: S.O.F

SUBJECT / SUSPECT: MOSS, LAVON
RACE: B  SEX: M  DOB: 10-9-89
INCARCERATED: ☐ YES ☑ NO
WARRANT: ☑ YES ☐ NO

☑ EVIDENCE  ☐ LOST PROPERTY  ☐ ABANDONED PROPERTY  ☐ SAFEKEEPING  ☐ PRISONER PROPERTY
☐ FORFEITURE/SEE BACK  ☐ FINGERPRINT CARD  ☐ LAB REQUEST

| ITEM NO. | QUANTITY | DESCRIPTION | Currency Total Face Value | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
| 1 | 1 | Brown Bag | | |

*Last item* (diagonal line through remaining rows)

**GOVERNMENT EXHIBIT**
CASE NO. 22-CR-20275-JEM
EXHIBIT NO. 18

LEAD INVESTIGATOR: Arriola, Y — HT102 — 7550
IMPOUNDING OFFICER: Arriola, Y — HQ — 7550

PROPERTY & EVIDENCE BUREAU COPY — ORIGINAL
32.12.07-2 REV 12/16

# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

**MIAMI-DADE POLICE CASE NO.:** J220104 004209

**Page:** 1 of 1
**PEB INVENTORY NO.:**
**Agency Code:** 30
**PROPERTY BUREAU LOCATOR CODE:**
**DATE-TIME IMPOUNDED:** 1/11/22 1215A
**OTHER DEPT. CASE NO.:**
**OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO.:**

**ADDRESS WHERE PROPERTY IMPOUNDED:** 1517 NW 155 St
**TYPE OF CASE:** Sale of Marijuana

**DISCOVERED BY:** Det. Arriola, Y
**ADDRESS:** HQ - HSVTF

☐ OWNER  ☒ VICTIM: S.O.F
☒ SUBJECT  ☐ SUSPECT: MOSS, LAVON
**RACE:** B  **SEX:** M  **DOB:** 10-9-89
**INCARCERATED:** ☐ YES ☒ NO
**WARRANT:** ☒ YES ☐ NO

☒ EVIDENCE  ☐ LOST PROPERTY  ☐ ABANDONED PROPERTY  ☐ SAFEKEEPING  ☐ PRISONER PROPERTY
☐ FORFEITURE/SEE BACK  ☐ FINGERPRINT CARD  ☒ LAB REQUEST

| ITEM NO. | QUANTITY | DESCRIPTION | Currency Total Face Value | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
| 1 | 1 | Composition Notebook (Red) | | |

(Last Item)

**LEAD INVESTIGATOR:** Arriola, Y — HT103 — 7550
**IMPOUNDING OFFICER:** Arriola, Y — HQ — 7550

32.12.07-2 REV 12/16 — PROPERTY & EVIDENCE BUREAU COPY — ORIGINAL

# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

**MIAMI-DADE POLICE CASE NO.:** 022010Y 004209

Page 1 of 1
PEB INVENTORY NO.:
Agency Code: 30
PROPERTY BUREAU LOCATOR CODE:

**DATE-TIME IMPOUNDED:** 1/11/22 12:15 A
**OTHER DEPT. CASE NO.:**
**OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO.:**

**ADDRESS WHERE PROPERTY IMPOUNDED:** 1517 NW 155 ST
**TYPE OF CASE:** Sale of Marijuana

**DISCOVERED BY (Name):** Det. Arriola, Y
**ADDRESS:** HQ - HSVTF
**TEL #:** (305) 471-2400

☐ OWNER  ☒ VICTIM: S.O.F.

☐ SUBJECT  ☐ SUSPECT: MOSS, LAVON
**RACE:** B  **SEX:** M  **DOB:** 10.9.89
**INCARCERATED:** ☐ YES ☒ NO
**WARRANT:** ☒ YES ☐ NO

☒ EVIDENCE  ☐ LOST PROPERTY  ☐ ABANDONED PROPERTY  ☐ SAFEKEEPING  ☐ PRISONER PROPERTY
Check one if applicable to EVIDENCE only: ☐ FORFEITURE/SEE BACK  ☐ FINGERPRINT CARD  ☒ LAB REQUEST

| ITEM NO. | QUANTITY | DESCRIPTION | Currency Total Face Value | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
| 1 | 28 | Suspect Marijuana ± 322gr | | |

*(Last Item — diagonal line through remaining rows)*

**LEAD INVESTIGATOR:** Arriola, Y — HT102 — 7550
**IMPOUNDING OFFICER:** Arriola, Y — HQ — 7550

32.12.07-2 REV 12/16 — PROPERTY & EVIDENCE BUREAU COPY — ORIGINAL

# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

Page 1 of 1

**MIAMI-DADE POLICE CASE NO:** PD220104 004209

**PEB INVENTORY NO:** —
**Agency Code:** 30
**DATE-TIME IMPOUNDED:** 1/11/22 1215 AM
**OTHER DEPT. CASE NO.:** —

**ADDRESS WHERE PROPERTY IMPOUNDED:** 1517 NW 155 STREET
**DISCOVERED BY:** Y. ARRIOLA
**ADDRESS:** HQ
**TEL #:** (305) 471-2400

☒ VICTIM: S.O.F.
☒ SUBJECT: MOSS, LAVON
**RACE:** B  **SEX:** M  **DOB:** 10-9-89
**INCARCERATED:** ☒ NO
**WARRANT:** ☒ YES

☒ EVIDENCE

**TYPE OF CASE:** SALE OF MARIJUANA

| ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|
| 1 | 1 | BLACK IPHONE |
| 2 | 1 | BLACK IPHONE CASE |

*LAST ITEM*

**LEAD INVESTIGATOR:** Y. ARRIOLA — HSVTF 7550
**IMPOUNDING OFFICER:** Y. ARRIOLA — HQ 7550

32.12.07-2 REV 12/16                 PROPERTY & EVIDENCE BUREAU COPY                 ORIGINAL