✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Lavon Moss

## EXHIBIT AND WITNESS LIST

Case Number:  22-CR-20275-JEM

| PRESIDING JUDGE<br>Magistrate Judge Becerra | PLAINTIFF'S ATTORNEY<br>AUSA Yara Dodin | DEFENDANT'S ATTORNEY<br>Aimee Ferrer, Jenny Wilson |
|---|---|---|
| TRIAL DATE(S)<br>11/7/2022 | COURT REPORTER<br>Diane Miller | COURTROOM DEPUTY<br>Donna Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/7/22 | X | X | Map marked by witness |
|  | 2 | 11/7/22 | X | X | Instagram Warrant |
|  | 3 | 11/7/22 | X | X | Instagram Warrant Returns |
|  | 4 | 11/7/22 | X | X | T-mobile Warrant |
|  | 5 | 11/7/22 | X | X | T-mobile Warrant returns |
|  | 6 | - | - | - | - |
|  | 7 | 11/7/22 | X | X | Video of Lavon Moss Interview Jan. 12th (1CD) - **Filed via conventional filing** |
|  | 8 | 11/7/22 | X | X | Transcript of Video of Lavon Moss Interview Jan. 12th |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1 Pages