IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

IN RE: APPLICATION OF THE
STATE OF FLORIDA FOR AN
ORDER PURSUANT TO F.S. §§
934.32, 934.33, 92.605(2), and 18
U.S.C. §§ 3122(a)(1), 3123(d)

**APPLICATION FOR ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN REGISTER AND TRAP
AND TRACE DEVICE PURSUANT TO F.S. §§ 934.32, 934.33,
92.605(2), AND 18 U.S.C. §§ 3122(a)(1), 3123(d)**

COMES NOW KATHERINE FERNANDEZ RUNDLE, State Attorney of the Eleventh Judicial Circuit of Florida, by and through the undersigned Assistant State Attorney, under seal, and hereby files this *ex parte* application for an order pursuant to F.S. §§ 934.32, 934.33, 92.605(2), and 18 U.S.C. §§ 3122(a)(1), 3123(d), authorizing the installation and use of pen registers and trap and trace devices ("pen/trap devices") on Instagram, a company owned by Facebook social network account ***Instagram user poohsanedahomie***. Instagram, a company owned by Facebook is an out-of-state corporation located in Menlo Park, California, that provides electronic communication services or remote computing services in the State of Florida. In support of this application, the State asserts:

1. This is an application made pursuant to F.S. §§ 934.32, 934.33, 92.605(2), and 18 U.S.C. §§ 3122(a)(1), 3123(d), and in accordance with the principles arguably required by *Shaktman v. State*, 553 So.2d 148 (Fla. 1989), for an order authorizing the installation and use of a pen register and a trap and trace device.

2. "Pen register" is "a device or process that records or decodes dialing, routing, addressing, or signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted, but such information does not include the contents of any communication." F.S. § 934.02(20).[1]

3. A "trap and trace device" is "a device or process that captures the incoming electronic or other impulses that identify the originating number or other dialing, routing, addressing, or

---

[1] The term is similarly defined in the federal code. *See* 18 U.S.C. § 3127(3).

Affiant's Initials     1    Judge's Initials

signaling information reasonably likely to identify the source of a wire or electronic communication, but such information does not include the contents of any communication." F.S. § 934.02(20).[2]

4. In the traditional telephone context, pen registers captured the destination phone numbers of outgoing calls, while trap and trace devices captured the phone numbers of incoming calls. Similar principles apply to other kinds of wire and electronic communications, as described below.

5. The Internet is a global network of computers and other devices. Every device on the Internet is identified by a unique number called an Internet Protocol, or "IP" address. This number is used to route information between devices. Two computers must know each other's IP addresses to exchange even the smallest amount of information or data. Accordingly, when one computer requests information from a second computer, the requesting computer specifies its own IP address so that the responding computer knows where to send its response. An IP address is analogous to a telephone number and can be recorded by pen/trap devices, and it indicates the online identity of the communicating device without revealing the content of the communication.

6. On the Internet, data transferred between devices is not sent as a continuous stream, but rather it is split into discreet packets by automated processes. Generally, a single communication is sent as a series of packets. When the packets reach their destination, the receiving device reassembles them into the complete communication. Each packet has two parts: a header with routing and control information, and a payload, which generally contains user data. The header contains non-content information such as the packet's source and destination IP addresses and the packet's size.

7. Pursuant to F.S. § 934.32, an application for a pen/trap device must include: (a) the identity of the applicant specified in the section[3] and the identity of the law enforcement agency conducting the investigation, and (b) a certification by the applicant that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by the investigating agency.[4]

8. The designated assistant state attorney making the application is the undersigned.

---

[2] See also 18 U.S.C. § 3127(4).
[3] The Governor, Attorney General, State Attorney, Statewide Prosecutor, or a designated Assistant State Attorney or Assistant Statewide Prosecutor may make an application for an order for a pen/trap device.
[4] Under 18 U.S.C. § 3122(b), such an application must include three similar elements: (1) "the identity of the attorney for the Government or the State law enforcement or investigative officer making the application"; (2) "the identity of the law enforcement agency conducting the investigation"; and (3) "a certification by the applicant that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by that agency." 18 U.S.C. § 3122(b).

Affiant's Initials                      2                     Judge's Initials

9. The law enforcement agency conducting the investigation is the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department.

10. The applicant hereby certifies that the information likely to be obtained by the requested pen/trap devices is relevant to an ongoing criminal investigation being conducted by the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department.

**ADDITIONAL INFORMATION**

Other than the elements described above and in footnote four, the Florida and federal statutes do not require that an application for an order authorizing the installation and use of pen/trap devices specify any facts. However, *Shaktman v. State*, 553 So.2d 148 (Fla. 1989), arguably requires that the application for a pen/trap device show a reasonable founded suspicion that the targeted facility was being used for a criminal purpose, and that the least intrusive means have been employed. The facts articulated in the affidavit attached hereto and incorporated herein as Exhibit A are provided to demonstrate that the order requested falls within this Court's authority to authorize the installation and use of a pen register and/or trap and trace device pursuant to F.S. §§§ 934.32, 934.33, 92.605(2), as well as 18 U.S.C. §§ 3122(a)(1), 3123(d), and in accordance with the principles required by *Shaktman v. State*, 553 So.2d 148 (Fla. 1989). It is certified that there is a clear connection between illegal activity and the person whose privacy would be invaded. It is further certified, as set forth in the affidavit attached hereto and incorporated herein as Exhibit A, that there is a reasonable founded suspicion that the targeted facility is being used for a criminal purpose, and that alternative means of investigation have been considered or attempted and that no less intrusive means will be effective in attaining the objectives of this ongoing criminal investigation. It is certified that not only is there a reasonable founded suspicion that the Facebook account is being used for a criminal purpose to evade police, but there is also probable cause to believe that the Facebook account is being used for that criminal purpose, and that there is probable cause to believe that the IP login information will lead to evidence of the whereabouts of the Facebook account holder as well as evidence of the aforementioned criminal purpose.

**THE RELEVANT FACTS**

11. The conduct being investigated involves use of the social network account *Instagram user poohsanedahomie*.

Affiant's Initials _SP_     3     Judge's Initials _____

12. To further the investigation, investigators need to obtain the dialing, routing, addressing, and signaling information associated with communications sent to or from that social network account and/or IP address.

13. The pen/trap devices sought by this application will be installed at location(s) to be determined, and will collect dialing, routing, addressing, and signaling information associated with each communication to or from Facebook relating to, *Instagram user poohsanedahomie* including the date, time, and duration of the communication, and any IP addresses, including IP addresses associated with access to the account.

### GOVERNMENT REQUESTS

14. For the reasons stated above, the State requests that the Court enter an Order authorizing installation and use of pen/trap devices to record, decode, and/or capture the dialing, routing, addressing, and signaling information described above for each communication to or from Facebook relating to *Instagram user poohsanedahomie* along with the date, time, and duration of the communication. The State does not request and does not seek to obtain the contents of any communications, as defined in F.S. § 934.02(7) and/or 18 U.S.C. § 2510(8), pursuant to the proposed Order.

15. The State further requests that this Court authorize the foregoing installation and use for a period not to exceed sixty (60) days, pursuant to F.S. § 934.33(3)(a) and 18 U.S.C. § 3123(c)(1).

16. The State further requests, pursuant to F.S. §§ 934.33(2)(b) and 934.34(1)-(2), and 18 U.S.C. §§ 3123(b)(2), 3124(a)-(b), that this Court order Facebook and any other person or entity providing wire or electronic communication service in the United States whose assistance may facilitate execution of this Order including Internet Service Providers used to access the Facebook account, to furnish, upon service of the Order, information, facilities, and technical assistance necessary to install the pen/trap devices, including installation and operation of the pen/trap devices unobtrusively and with minimum disruption of normal service. Any entity providing such assistance shall be reasonably compensated by the U.S. Marshals Service and/or the Miami-Dade Police Department to F.S. § 934.34(3) and 18 U.S.C. § 3124(c), for reasonable expenses incurred in providing facilities and assistance in furtherance of this Order.

17. The State further requests that the Court order Facebook and any other person or entity whose assistance may facilitate execution of this Order to notify the U.S. Marshals Service, the

Affiant's Initials SP                             4                             Judge's Initials

Florida Department of Law Enforcement, and the Miami-Dade Police Department of any changes relating to Facebook, including changes to subscriber information, and to provide prior notice to the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department before terminating service to the Instagram account.

18. The State further requests that the Court order that the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department and the applicant have access to the information collected by the pen/trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to them, for the duration of the Order.

19. The State further requests, pursuant to F.S. § 934.33(4)(b) and 18 U.S.C. § 3123(d)(2), that the Court order the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, not to disclose in any manner, directly or indirectly, by any action or inaction, the existence of this application and Order, the resulting pen/trap devices, or this investigation, except as necessary to effectuate the Order, unless and until authorized by this Court.

20. The State further requests that this application and any resulting Order be sealed until otherwise ordered by the Court, pursuant to F.S. § 934.33(4)(a) and 18 U.S.C. § 3123(d)(1).

*This space was left blank intentionally*

Affiant's Initials      5     Judge's Initials

21. The foregoing is based on information provided to me in my official capacity by officers and/or agents of the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department.

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

By: /s/Joseph-Robert Forman
Joseph-Robert Forman
Assistant State Attorney
Florida Bar #117719

STATE OF FLORIDA       )
                       ) SS
COUNTY OF MIAMI-DADE   )

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared Joseph-Robert Forman, who, being by me first duly sworn, deposes and says that he is a duly appointed Assistant State Attorney of the Eleventh Judicial Circuit of Florida and that, as such, he is authorized to execute and has executed the above Application; and that she has read the allegations therein contained and the same are true and correct. Further affiant saith not.

/s/Joseph-Robert Forman
AFFIANT

STATE OF FLORIDA, COUNTY OF MIAMI-DADE:

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☒ reliable audio-video communication upon identity verification this ___3rd___ day of ___January___, __2022__, by _Joseph-Robert Forman_

ERICK LOPEZ
Notary Public
State of Florida
Comm# HH187321
Expires 10/17/2025

Notary Public, State of Florida
Personally Known  ✗
Produced Identification _____
Type: _____

Affiant's Initials ____            6            Judge's Initials ____

# EXHIBIT A

STATE OF FLORIDA        )
                        ) SS
COUNTY OF MIAMI-DADE    )

### AFFIDAVIT

"Your Affiant," Detective Sergio Pagliery, has been a Police Officer with the Miami-Dade Police Department for seven (7) years and is presently assigned to the Homicide Bureau, Homicide Street Violence Task Force. Your Affiant has been assigned to this unit since June 2018. Your Affiant has received training in the Identification of Narcotics from the Miami-Dade Police Department's Training. Your Affiant's duties consist of the investigation of offenses committed by criminal gangs and criminal enterprises and has actively participated in numerous narcotics investigations. Your Affiant is also a member of the Miami-Dade County Multi-Agency Gang Task Force and South Florida High Intensity Drug Trafficking Area Program.

This Affidavit is based upon information known personally to your Affiant and information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein. Your Affiant has participated in this investigation, spoken with other law enforcement detectives, and has reviewed documents and police reports related to this investigation. Your Affiant has set forth only those facts necessary to establish probable cause in support of this application, and thus, not every detail known to your Affiant and other law enforcement officers concerning this investigation is stated herein.

On December 31, 2021, at approximately 1:15 pm, Miami-Dade Police Department Detective Yunieski Arriola #7550 was utilizing the social media application Instagram and observed pictures posted by the of Instagram account "**poohsanedahomie**." Detective Arriola knows that this account belongs to LAVON MOSS JR. In the pictures, MOSS posted a written statement stating "Yercs on deck" which is a street slang for I have Percocet's for sale, which is a controlled substance. **(Exhibit 1)**

Affiant's Initials     1    Judge's Initials 



**Exhibit 1**

On December 31, 2021, at approximately 1:15 pm, Detective Arriola was utilizing the social media application Instagram when he observed videos posted by the Instagram account "**poohsanedahomie**." Detective Arriola knows that this account belongs to LAVON MOSS JR. In the videos, MOSS posted two pill bottles full of Oxycodone, and stated "Perculadies, C230, U17" and "Yall come get them things". **(Exhibit 2 and Exhibit 3)**

*This space was left blank intentionally*

Affiant's Initials SP                    2                    Judge's Initials




**Exhibit 3**                                              **Exhibit 4**

Upon seeing the post, Detective Arriola realized it was posted one hour prior. Your Affiant along with several Miami-Dade Police Department Detectives immediately drove to the registered address of LAVON MOSS JR in Miami-Dade County and saw LAVON MOSS JR standing in the area with several other males.

Detective Arriola knows that Oxycodone is a controlled substance, and it comes in different milligrams and colors. C230 and U17 are known to Detective Arriola as types of Oxycodone pills. Your Affiant also knows that LAVON MOSS JR is alerting his Instagram followers that he is selling Percocet and Oxycodone.

On May 4, 2018, LAVON MOSS JR was issued a Florida Uniform Traffic Citation for operation a motor vehicle without a valid driver's license (Citation# A91TBRE). Your Affiant viewed body worn camera footage of the traffic stop which depicted LAVON MOSS JR as the person who was issued the traffic citation.

Affiant's Initials SP                          3                          Judge's Initials

Your Affiant reviewed LAVON MOSS JR most recent Miami-Dade County mugshot booking photo taken on June 29, 2018 **(Exhibit 4)**. The booking photo of LAVON MOSS JR also confirmed that the person depicted in all the pictures posted on the Instagram account are in fact LAVON MOSS JR.



**Exhibit 4**

A review of the Instagram account: *https://www.instagram.com/poohsanedahomie/*, confirmed that LAVON MOSS posts daily comments, photographs and/or video and has posted them as most recent as January 2, 2022.

Your Affiant and other members of the Miami-Dade Police Department have made efforts to once again locate "The Subject", but have not been successful.

Your Affiant has identified LAVON MOSS' Instagram account as *Instagram user poohsanedahomie*. Your Affiant has viewed the components of LAVON MOSS' Instagram account, and strongly believes he is currently utilizing it. Your Affiant has exhausted all other less intrusive means of ascertaining LAVON MOSS' location, which include information obtained from surveillances, prior arrests as well as other investigative tools, to which all have produced negative results. These extensive inquires have been conducted in an effort to satisfy this investigation and to apprehend LAVON MOSS whom detectives have probable cause to arrest for

Unlawful use of a two-way Communication Device and Sale of a Controlled Substance. Your Affiant knows from training and experience that the results of the pen/trap devices will likely lead to information that will allow Your Affiant to identify the present location of LAVON MOSS.

Based on the aforementioned facts, Your Affiant has probable cause to request the instant pen register and trap and trace device on the above-described Instagram account to locate LAVON MOSS relating to the crime of Unlawful use of a two-way Communication Device and Sale of a Controlled Substance in the Eleventh Judicial Circuit of Florida.

Detective Sergio Pagliery #7355
Miami-Dade Police Department
"Affiant"

STATE OF FLORIDA, COUNTY OF MIAMI-DADE:

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ reliable audio-video communication upon identity verification this  3RD  day of JANUARY , 2022, by SERGIO PAGLIERY.



ERICK LOPEZ
Notary Public
State of Florida
Comm# HH187321
Expires 10/17/2025

Notary Public, State of Florida
Personally Known   X
Produced Identification _____
Type: _____

Affiant's Initials    5   Judge's Initials _____

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

IN RE: APPLICATION OF THE
STATE OF FLORIDA FOR AN
ORDER PURSUANT TO F.S. §§§
934.32, 934.33, 92.605(2), and 18
U.S.C. §§ 3122(a)(1), 3123(d)

ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN
REGISTER AND TRAP AND TRACE DEVICE PURSUANT TO F.S.
§§§ 934.32, 934.33, 92.605(2), AND 18 U.S.C. §§ 3122(a)(1), 3123(d)

THIS ORDER IS ISSUED PURSUANT TO FLORIDA STATUTE 92.605. A
RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS
ORDER UNLESS A LONGER TIME PERIOD IS STATED HEREIN

This matter having come before the Court upon the certified application of the State of Florida, pursuant to Florida Statutes §§§ 934.32, 934.33, 92.605(2), as well as 18 U.S.C. §§ 3122(a)(1), 3123(d), requesting that an order be issued authorizing the installation and use of a pen register device and trap and trace device, and directing Facebook, Inc. and others to furnish the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department forthwith all information, facilities, and technical assistance necessary to accomplish the installation and use of a pen register and trap and trace device; and which application alleged that has an ongoing criminal investigation (MDPD PD220103-003073) relating to the offense of Unlawful use of a two-way Communication Device and Sale of a Controlled Substance, that Instagram Inc., **Instagram user poohsanedahomie** (thereby the Instagram account or Instagram url: *https://www.instagram.com/poohsanedahomie/*), whose listed subscriber is Instagram and a subject of the investigation.

This Court having found that Assistant State Attorney Joseph-Robert Forman has certified to this Court that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation related to the offense of Unlawful use of a two-way Communication Device and Sale of a Controlled Substance, and has further certified that there is a clear connection between illegal activity and the person whose privacy would be invaded; that there is a reasonable

Affiant's Initials    6   Judge's Initials

founded suspicion that the targeted facility is being used for a criminal purpose; and that the alternative means of investigation have been considered or attempted and that no less intrusive means will be effective in attaining the objectives of this criminal investigation; and concurrently, pursuant to 18 U.S.C. section 2703, that there is not only specific and articulable facts showing that there are reasonable grounds to believe that the information sought is relevant and material to an ongoing criminal investigation but there is probable cause to believe that the Instagram account is being used for a criminal purpose, and that there is probable cause to believe that the IP login information will lead to evidence and an instrumentality of the crimes articulated in Affidavit A, and this Court having found the same to exist, it is therefore:

ORDERED, pursuant to Florida Statutes §§§ 934.32, 934.33, 92.605(2), as well as 18 U.S.C. §§ 3122(a)(1), 3123(d), that pen/trap devices shall be installed and used to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the Instagram account relating to, ***Instagram user poohsanedahomie*** including the date, time, and duration of the communication, and the following, within the geographic limit of the continental United States:

1. "Basic user information" to include: Date profile created; First and Last name provided by the user; User ID; Email address provided by the user; Zip code provided by the user; city and country; account creation date and time; and the IP address at time of sign up
2. "other general records information" to include user's date of birth, gender, hometown, and occupation, as well as historical private message header information, if in possession of Instagram Inc.;
3. IP connection information and physical location of the IP address utilized to log-in subject account, if in possession of Instagram Inc. or the telecommunications/ internet service provider utilized to log-in to LAVON MOSS' account, to include
   a. IP connection detail information, including IP addresses, including temporary addresses, date and time of log-in and duration of log-in
   b. Physical addresses of the IP addresses utilized to log-in to LAVON MOSS' account, including unit number, street, city, county, state, country, and/or telephone number, including those assigned to wireless devices such as "air cards" or "USB Modems" or like internet connection devices, Temporary

Affiant's Initials     7    Judge's Initials

Mobile Subscriber Identifier (TMSI) numbers, signal information pertaining to that number, cell site location, orientation, facing, offsets, activation and registration information, identify of switches and assigned channels and cell durations; a list of all control channels and their corresponding cell sites, Radio Signal Strength Indicators (RSSI) for the period authorized by the order timing advance and other pertinent information, delivered in real-time with regard to neighboring towers as feasible by such telecommunications providers and/ or switch technicians; an engineering map showing all cell site tower locations by street address and latitude/ longitude of the wireless device/cell phone/ handset, and switch based engineering assistance;

c. Subscriber information, from all wire communications service providers including names, addresses, credit and billing information, published and non-published for the telephone numbers being utilized to log-in to LAVON MOSS' account, to include toll records also referred to as "call detail records" with cell sites that include incoming and outgoing calls, duration, direction and numbers dialed from the past 30 days and/or 30 days from the date of request;

**FURTHER IT IS HEREBY:**

**ORDERED AND ADJUDGED** that Facebook, "electronic communications" and "remote computing" service, local, long distance, and/or wireless carriers and other providers of wire and/or electronic communications services, landlords, custodians, and other persons and entities are hereby authorized and ordered to furnish the, U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department as soon as practicable from the date of this Order, all information, facilities, and technical assistance necessary to accomplish the installation and use of a pen register and trap and trace device unobtrusively and with a minimum of interference with the services that Facebook, and other providers of wire and/or electronic communications services, landlords, custodians, and other persons and entities accord the party with respect to whom the installation and use is to take place; and it is

**FURTHER ORDERED AND ADJUDGED that:**

1. The U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department and the applicant shall have access to the information collected by

Affiant's Initials    8   Judge's Initials

    the pen/trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department;

2. The use of said pen register and said trap and trace device is authorized for a period not to exceed sixty (60) days from the date of this Order;

3. This Order and its supporting Application shall be sealed until further Order of this Court; provided that a copy of this Order may be made available to employees of Facebook, and other providers of wire and/or electronic communications services, landlords, custodians, other persons and entities, and the, U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department, Miami-Dade County, Florida, if necessary, to facilitate their assistance in implementing the provisions of this Order;

4. Facebook, and other providers of wire and/or electronic communications services, and their agents and employees, landlords, custodians, and other persons and entities ordered hereby to provide assistance to the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department shall not disclose to the listed subscriber, lessee or sub-lessee of the above-mentioned account, or to any other person or entity, the existence of this Order and its supporting Application, or of this investigation, or of this pen register and/or trap and trace device installation, unless otherwise ordered by the Court;

5. The U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department shall compensate Facebook, and other providers of wire and/or electronic communications services, landlords, custodians, and other persons and entities who furnish facilities and/or technical assistance pursuant to this Order for all reasonable charges and/or expenses incurred in providing such facilities and assistance; provided that said charges and/or expenses shall be identified and billed to the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department as attributable to MDPD Case Number PD220103-003073;

6. Facebook and other providers of wire and/or electronic communications services shall provide forthwith the, U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department upon written request, the names, addresses, billing and credit information of the subscribers of record, whether published or non-published, for the facilities identified through the use of the pen register herein authorized and/or the results of the trap

Affiant's Initials SP           9           Judge's Initials

and trace device. Said results shall include the (a) IP addresses, device identification numbers and/or telephone numbers; (b) locations of the facilities from which the traced and identified communications were made, whether said communications originated from a mobile Wi-Fi account, land line, mobile telephone, cellular telephone or other telephone system; (c) names and addresses of the subscribers of record, whether published or non-published, for said traced and identified communications; (d) billing and credit information for said traced and identified communications; and, (e) dates, times, and durations of each such traced and identified communications;

7. The tracing operation shall be limited to only those facilities reasonably necessary to trace all communications originating from within the continental United States;

8. **IT IS FURTHER ORDERED** that Facebook and any other person or entity whose assistance may facilitate execution of this Order notify the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department of any changes relating to the social network account including changes to subscriber information, and to provide prior notice to the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department before terminating service to the Facebook account; During the pendency of this Order, Facebook, and other providers of wire and/or electronic communications services shall continue to furnish the U.S. Marshals Service, the Florida Department of Law Enforcement, and the Miami-Dade Police Department all of the above information, facilities, and technical assistance in the event of any subsequent Facebook account or IP address changes by Facebook so long as the facility (to wit: electronic serial or identification number) and/or subscriber remains the same.

9. Facebook Inc. is ordered to send the results to Detective Sergio Pagliery, at U307355@MDPD.COM.

DONE AND ORDERED this the ____3____ day of ____January____, 2022, in Miami-Dade County, Florida.

_____
CIRCUIT COURT JUDGE

Affiant's Initials      10     Judge's Initials