Meta Platforms Business Record                                    Page 1

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 37118544428 |
| **Account Identifier** | https://www.instagram.com/poohsanedahomie/ |
| **Account Type** | InstagramUser |
| **Generated** | 2022-05-09 16:29:51 UTC |
| **Date Range** | 2021-12-04 00:00:00 UTC to 2022-01-03 23:59:59 UTC |

**Ncmec Reports Definition**
NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**
No responsive records located

**Name Definition**
Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**                    **First**  PoohsaneDaHomie

**Emails Definition**
Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**
No responsive records located

**Vanity Definition**
Vanity: Username associated with the account.

**Vanity Name**  poohsanedahomie

**Registration Date Definition**
Registration Date: Date and time of account creation.

**Registration Date**  2020-06-11 20:31:21 UTC

**Registration Ip Definition**
IP address associated with account creation.

**Registration Ip**  2607:fb90:929f:551b:f01d:ee2c:a551:90e5

**Account End Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.
Time: Date and time the account was closed.
Reason: The account was closed (deactivated, disabled, deleted).

**Account Closure Date**  **Account Still Active**  true

**Phone Numbers Definition**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  +17542343874  Verified

**Ip Addresses Definition**  IP Addresses: IP addresses associated with the account.
Time: Date and time associated with the IP address.
Action: Action associated with the IP address.
Agent String: Information identifying the browser and operating system.

**Ip Addresses**
| | | |
|---|---|---|
| **IP Address** | 2600:1700:40e2:1130:b972:072c:f97a:d6a0 | |
| **Time** | 2021-12-30 21:17:57 UTC | |
| **Action** | direct_share_media_new 18182256781082258 | |
| | | |
| **IP Address** | 2607:fb90:902f:c979:401d:f493:13a1:7c12 | |
| **Time** | 2021-12-25 14:44:03 UTC | |
| **Action** | direct_share_media_new 17924346769937550 | |
| | | |
| **IP Address** | 2600:1700:40e2:1130:d84c:5474:d420:eccc | |
| **Time** | 2021-12-20 19:49:27 UTC | |
| **Action** | direct_share_media_new 17914793108191181 | |
| | | |
| **IP Address** | 2607:fb90:4090:b076:5d42:a9ae:c86b:9717 | |
| **Time** | 2021-12-13 01:09:22 UTC | |
| **Action** | direct_share_media_new 17909100548162049 | |
| | | |
| **IP Address** | 2607:fb90:4090:b076:5d42:a9ae:c86b:9717 | |
| **Time** | 2021-12-13 01:02:04 UTC | |
| **Action** | direct_share_media_new 17941665565684525 | |
| | | |
| **IP Address** | 2607:fb90:4090:b076:5d42:a9ae:c86b:9717 | |
| **Time** | 2021-12-13 01:01:46 UTC | |
| **Action** | direct_share_media_new 18274003255054329 | |
| | | |
| **IP Address** | 2601:0586:c700:5e00:9532:2896:9b01:edad | |
| **Time** | 2021-12-09 18:12:21 UTC | |
| **Action** | direct_share_media_new 17901453656302127 | |
| | | |
| **IP Address** | 2601:0586:c700:5e00:9532:2896:9b01:edad | |
| **Time** | 2021-12-09 18:11:50 UTC | |
| **Action** | direct_share_media_new 18104344405280652 | |
| | | |
| **IP Address** | 2601:0586:c700:5e00:f5ee:aab0:f1a5:8e24 | |
| **Time** | 2021-12-04 15:23:17 UTC | |

**Action**

direct_share_media_new 17924474767962090

**Unified** Unified Messages: Private messages between account holders.
**Messages** Thread: Unique identifier associated with conversation thread.
**Definition** Current Participants: Account holders involved in conversation thread.
Author: Account holder that sent message.
Sent: Date and time of message sent.
Removed by Sender: Indicates that the content has been removed by the sender.
Call Record: Indicates a call was made through conversation thread.
Type: Indicates the method in which a call was placed (Facebook accounts only).
Missed: Indicates if the call was missed.
Duration: Length of the call (in seconds).
Thread Name: Name given to the chat thread by the group admin.
Past Participants: Lists the account holders that have previously been subscribed to the message thread (Facebook accounts only).
Subscription Event: Indicates an update to a participant's subscription to the conversation thread (Instagram accounts only).
Type: Indicates action associated with the participant (Instagram accounts only).
Users: the account holders impacted by the subscription update (Instagram accounts only).

**Unified**          **Thread** (17878056605602209)
**Messages**        **Current** 2022-05-09 16:30:00 UTC
              **Participants** armani.myth (Instagram: 48033770208)
                        poohsanedahomie (Instagram: 37118544428)

                   **Author** poohsanedahomie (Instagram: 37118544428)
                     **Sent** 2021-12-09 00:38:13 UTC

                   **Author** armani.myth (Instagram: 48033770208)
                     **Sent** 2021-12-09 00:39:47 UTC

                   **Author** poohsanedahomie (Instagram: 37118544428)
                     **Sent** 2021-12-09 00:40:05 UTC

                   **Author** armani.myth (Instagram: 48033770208)
                     **Sent** 2021-12-09 00:40:24 UTC

               **Thread** (17913414350232429)
              **Current** 2022-05-09 16:30:00 UTC
         **Participants** lanis.loyaltynails (Instagram: 34955545899)
                   poohsanedahomie (Instagram: 37118544428)

                   **Author** lanis.loyaltynails (Instagram: 34955545899)
                     **Sent** 2021-12-11 22:21:09 UTC

                   **Author** lanis.loyaltynails (Instagram: 34955545899)
                     **Sent** 2021-12-11 22:21:18 UTC

                   **Author** lanis.loyaltynails (Instagram: 34955545899)
                     **Sent** 2021-12-11 22:22:19 UTC
          **Call Record**          **Missed** false

**Duration**

62

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:22:51 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:23:52 UTC |
| **Call Record** | **Missed**  false |
| **Duration** | 62 |

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-11 22:29:04 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:29:40 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:29:42 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:29:47 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:30:24 UTC |

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-11 22:30:32 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:30:42 UTC |

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-11 22:30:54 UTC |

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-11 22:30:56 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:31:03 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:31:04 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:31:57 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 22:32:17 UTC |

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-11 23:26:52 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-11 23:30:11 UTC |

| | |
|---|---|
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-12 06:01:06 UTC |

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:48:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:36:20 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:36:25 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:38:39 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:38:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 18:43:25 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 19:06:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:09:21 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:16:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:17:34 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:42:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:43:51 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:44:01 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:44:24 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:49:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:54:52 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:55:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:55:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 02:04:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

    2021-12-13 02:05:42 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 02:06:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 02:07:00 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 02:07:07 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 02:07:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 02:07:27 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:04:31 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:04:38 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 05:05:23 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:05:31 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:05:37 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 05:05:53 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:05:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:06:05 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:06:10 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 05:06:27 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 05:07:52 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:32:23 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
  **Sent** 2021-12-13 05:32:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-13 05:34:03 UTC

| | |
|---|---|
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-13 06:34:02 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-14 11:32:16 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-14 22:10:30 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-14 22:15:03 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-14 23:33:20 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-15 00:09:17 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-15 00:14:07 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-15 00:14:22 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-15 00:14:35 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-15 00:14:37 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-15 00:14:50 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-15 00:21:06 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-15 00:39:47 UTC |
| **Author** | lanis.loyaltynails (Instagram: 34955545899) |
| **Sent** | 2021-12-15 00:43:03 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-25 04:28:58 UTC |

| | |
|---|---|
| **Thread** | (471454490917137) |
| **Current** | 2022-05-09 16:30:01 UTC |
| **Participants** | lostwithoutshy (Instagram: 271054523) |
| | poohsanedahomie (Instagram: 37118544428) |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-13 01:02:03 UTC |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-18 13:44:16 UTC |

**Author**
    lostwithoutshy (Instagram: 271054523)
**Sent** 2021-12-18 14:17:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 16:19:43 UTC


**Thread** (681917486528939)
**Current** 2022-05-09 16:30:01 UTC
**Participants** _sofineeee_ (Instagram: 52357775)
    poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:27:12 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 19:42:36 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:44:01 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 19:46:33 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:46:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:48:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:49:26 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 20:15:23 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 20:16:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 20:16:54 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-22 22:33:22 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 22:34:02 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-23 00:53:48 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-23 00:53:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 04:27:59 UTC

**Author**
    poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-30 22:03:38 UTC

**Author**  _sofineeee_ (Instagram: 52357775)
**Sent**  2021-12-30 22:14:34 UTC

**Author**  _sofineeee_ (Instagram: 52357775)
**Sent**  2021-12-31 21:54:26 UTC

**Author**  _sofineeee_ (Instagram: 52357775)
**Sent**  2021-12-31 21:54:30 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-31 21:54:35 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-31 21:54:38 UTC

**Author**  _sofineeee_ (Instagram: 52357775)
**Sent**  2021-12-31 22:03:19 UTC

**Thread**  (684569642934706)
**Current**  2022-05-09 16:30:01 UTC
**Participants**  _jrgzig (Instagram: 5309874045)
    poohsanedahomie (Instagram: 37118544428)

**Author**  _jrgzig (Instagram: 5309874045)
**Sent**  2021-12-08 19:04:08 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-08 19:05:59 UTC

**Author**  _jrgzig (Instagram: 5309874045)
**Sent**  2021-12-08 19:06:36 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-08 19:15:05 UTC

**Author**  _jrgzig (Instagram: 5309874045)
**Sent**  2021-12-18 16:05:53 UTC

**Author**  _jrgzig (Instagram: 5309874045)
**Sent**  2021-12-22 17:03:33 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-22 17:40:00 UTC

**Author**  _jrgzig (Instagram: 5309874045)
**Sent**  2021-12-22 17:45:38 UTC

**Thread**  (509976683735461)
**Current**  2022-05-09 16:30:01 UTC
**Participants**  berzerk_92 (Instagram: 45688610)
    poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 10

**Author**
    berzerk_92 (Instagram: 45688610)
  **Sent** 2021-12-06 01:14:04 UTC

  **Author** berzerk_92 (Instagram: 45688610)
  **Sent** 2021-12-29 21:48:31 UTC


  **Thread** (129854915762388)
  **Current** 2022-05-09 16:30:02 UTC
 **Participants** grapez305 (Instagram: 9721827646)
      poohsanedahomie (Instagram: 37118544428)

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-04 15:21:46 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-04 15:22:08 UTC

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-04 15:23:17 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-04 15:23:35 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 12:48:27 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 14:11:44 UTC

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-09 18:12:31 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 18:12:56 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 18:13:03 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 18:13:09 UTC

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-09 18:13:20 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-09 18:13:31 UTC

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-12 02:42:21 UTC

  **Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-12 02:42:25 UTC

  **Author** grapez305 (Instagram: 9721827646)
  **Sent** 2021-12-12 02:44:26 UTC

**Thread**

(570318404363835)

**Current** 2022-05-09 16:30:02 UTC
**Participants** 1turbo_ (Instagram: 312398515)
poohsanedahomie (Instagram: 37118544428)


**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-23 03:55:05 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-23 03:55:35 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:16:14 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:16:39 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:17 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:17:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:18:07 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:18:25 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:24:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:24:51 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:26:49 UTC

**Author** 1turbo_ (Instagram: 312398515)

**Sent**
    2022-01-01 00:48:56 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2022-01-01 00:49:25 UTC
**Call Record**     **Missed** false
**Duration** 14

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2022-01-01 03:25:04 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2022-01-01 03:25:25 UTC
**Call Record**     **Missed** false
**Duration** 11

**Thread** (580611556667858)
**Current** 2022-05-09 16:30:02 UTC
**Participants** vaa_ripelie (Instagram: 413635231)
poohsanedahomie (Instagram: 37118544428)

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:35:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:35:54 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:36:40 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:52 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:37:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:37:18 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:42:46 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:47:56 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:49:00 UTC

**Thread** (374385423891591)

**Current
Participants** 2022-05-09 16:30:02 UTC
longboi_154 (Instagram: 317673164)
poohsanedahomie (Instagram: 37118544428)

**Author** longboi_154 (Instagram: 317673164)
**Sent** 2021-12-19 19:04:58 UTC

**Author** longboi_154 (Instagram: 317673164)
**Sent** 2021-12-19 19:04:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-19 19:05:38 UTC

**Thread** (598250617808187)
**Current** 2022-05-09 16:30:02 UTC
**Participants** thegasstation100 (Instagram: 37026985888)
poohsanedahomie (Instagram: 37118544428)

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-05 23:15:54 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-08 18:34:39 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-12 19:45:21 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-16 03:09:12 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-21 04:22:01 UTC

**Thread** (527190768669429)
**Current** 2022-05-09 16:30:02 UTC
**Participants** 154cj (Instagram: 441924164)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 21:00:34 UTC

**Author** 154cj (Instagram: 441924164)
**Sent** 2022-01-01 21:02:58 UTC

**Thread** (494376648342008)
**Current** 2022-05-09 16:30:02 UTC
**Participants** popdog305 (Instagram: 44319962207)
poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                      Page 14

**Author**
popdog305 (Instagram: 44319962207)
**Sent** 2021-12-18 16:14:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 16:28:20 UTC


**Thread** (440955980766539)
**Current** 2022-05-09 16:30:03 UTC
**Participants** golden_bunny_humble2 (Instagram: 27037335633)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:35:09 UTC

**Author** golden_bunny_humble2 (Instagram: 27037335633)
**Sent** 2021-12-25 20:14:15 UTC

**Author** golden_bunny_humble2 (Instagram: 27037335633)
**Sent** 2021-12-31 03:02:45 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 03:03:02 UTC

**Author** golden_bunny_humble2 (Instagram: 27037335633)
**Sent** 2021-12-31 03:54:10 UTC


**Thread** (833467917560647)
**Current** 2022-05-09 16:30:03 UTC
**Participants** k6ixxfrmypc (Instagram: 48612509041)
poohsanedahomie (Instagram: 37118544428)

**Author** k6ixxfrmypc (Instagram: 48612509041)
**Sent** 2021-12-07 00:39:09 UTC

**Author** k6ixxfrmypc (Instagram: 48612509041)
**Sent** 2021-12-13 19:13:37 UTC


**Thread** (461296221925854)
**Current** 2022-05-09 16:30:03 UTC
**Participants** money_b_456 (Instagram: 192286510)
poohsanedahomie (Instagram: 37118544428)

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-07 07:23:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-07 07:51:48 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-22 03:05:48 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 14:25:10 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:31:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 20:35:58 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:36:27 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 20:37:03 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:46:43 UTC


**Thread** (214006686927089)
**Current** 2022-05-09 16:30:03 UTC
**Participants** bangjoehussein (Instagram: 35395906)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-06 06:40:58 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-06 06:43:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-06 06:43:50 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-07 18:45:12 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 19:14:36 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-08 19:23:14 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-08 19:23:29 UTC


**Thread** (788554939208718)
**Current** 2022-05-09 16:30:03 UTC
**Participants** therealnonchalant_1k (Instagram: 306168391)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-04 15:13:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

2021-12-07 20:21:09 UTC

**Author** therealnonchalant_1k (Instagram: 306168391)
**Sent** 2021-12-07 23:50:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 19:10:37 UTC

**Thread** (479535016783277)
**Current** 2022-05-09 16:30:03 UTC
**Participants** ad1021_ (Instagram: 1463191194)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-07 20:20:02 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-07 20:55:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-07 21:04:22 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-08 02:08:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 02:29:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:49:39 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-12 15:52:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:54:21 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-12 15:55:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:55:44 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-12 15:55:58 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-20 02:24:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 02:27:09 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-20 02:27:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record

**Sent**
    2021-12-20 02:27:32 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 02:28:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:28:06 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 02:28:17 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:29:16 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 02:32:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:37:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:43:14 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 03:55:10 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 03:55:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:00:20 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 04:00:42 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 04:00:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:01:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:01:40 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 04:01:58 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 04:02:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:02:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:02:15 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 04:02:18 UTC

Meta Platforms Business Record                                    Page 18

**Author**

        ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 04:02:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 04:03:49 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 04:04:25 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 04:04:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 04:12:14 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 04:12:23 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:01:42 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:02:02 UTC
**Call Record**      **Missed** false
      **Duration** 16058

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:22:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 05:30:13 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:33:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 05:40:13 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:40:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 05:40:53 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 05:41:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 06:03:23 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 06:03:37 UTC

**Author** ad1021_ (Instagram: 1463191194)
    **Sent** 2021-12-20 06:03:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
    **Sent** 2021-12-20 06:33:15 UTC

**Author**
    ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 06:33:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 06:49:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 06:49:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 06:49:49 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 06:51:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 06:51:15 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 06:51:20 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 06:51:27 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 06:51:45 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 07:09:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 16:26:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 16:50:53 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-20 16:51:36 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-25 12:18:04 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-25 21:43:32 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-25 21:43:40 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-25 21:44:03 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-25 21:44:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-26 14:44:33 UTC

**Author** ad1021_ (Instagram: 1463191194)

**Sent**
2021-12-26 14:44:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:45:41 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 14:46:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:46:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:47:18 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 14:47:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:48:03 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 14:50:37 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 14:56:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:16 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:22 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:27 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 15:08:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:08:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:08:39 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:07 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:16 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:34 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:09:46 UTC

**Author** ad1021_ (Instagram: 1463191194)
**Sent** 2021-12-26 15:10:10 UTC

Meta Platforms Business Record                                           Page 21

**Author**
          poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-26 15:11:23 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-26 15:11:26 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-26 15:11:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-26 15:11:35 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-31 17:24:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-31 17:41:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-31 17:41:33 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-31 18:02:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-31 18:02:31 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-31 18:03:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-31 18:07:14 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-31 18:08:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-31 18:09:23 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2021-12-31 18:13:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 14:14:49 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2022-01-02 14:16:42 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2022-01-02 14:26:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:11:37 UTC

**Author** ad1021_ (Instagram: 1463191194)
   **Sent** 2022-01-02 17:11:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                      Page 22

**Sent**
    2022-01-02 17:12:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:12:46 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:13:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:16:06 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:20:33 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:20:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:20:39 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:21:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:21:45 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:24:02 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:24:17 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:24:44 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:31:40 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:31:53 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:43:31 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:43:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:44:59 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:46:22 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2022-01-02 17:57:39 UTC

**Author** ad1021_ (Instagram: 1463191194)
  **Sent** 2022-01-02 17:57:48 UTC

Meta Platforms Business Record                                          Page 23

**Author**
          ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-02 23:51:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2022-01-03 00:39:46 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 00:40:15 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 00:41:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2022-01-03 00:41:08 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 04:39:57 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 12:52:20 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2022-01-03 17:00:40 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 18:20:38 UTC

**Author** ad1021_ (Instagram: 1463191194)
     **Sent** 2022-01-03 18:20:42 UTC


**Thread** (2949429572000887)
     **Current** 2022-05-09 16:30:03 UTC
**Participants** 2100_ynbceoced (Instagram: 807472445)
               poohsanedahomie (Instagram: 37118544428)

     **Author** 2100_ynbceoced (Instagram: 807472445)
       **Sent** 2021-12-26 20:28:30 UTC


**Thread** (17862605078629189)
     **Current** 2022-05-09 16:30:03 UTC
**Participants** 101summerss (Instagram: 48766253188)
               poohsanedahomie (Instagram: 37118544428)

     **Author** poohsanedahomie (Instagram: 37118544428)
       **Sent** 2021-12-13 01:01:46 UTC

     **Author** 101summerss (Instagram: 48766253188)
       **Sent** 2021-12-13 01:01:54 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
       **Sent** 2021-12-13 01:05:53 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record

**Sent**

2021-12-14 11:31:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 12:51:14 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:09:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 14:10:23 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:10:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 14:39:00 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:08 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:17 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 15:29:31 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 15:48:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:02:41 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:02:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:03:22 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:04:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:04:57 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:14:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 22:22:36 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 00:58:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 01:31:12 UTC

| | |
|---|---|
| **Author** | |
| | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2022-01-01 15:43:19 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2022-01-01 15:43:46 UTC |
| **Call Record** | **Missed**  false |
| | **Duration**  28 |
| | |
| **Author** | 101summerss (Instagram: 48766253188) |
| **Sent** | 2022-01-01 15:54:31 UTC |
| | |
| **Author** | 101summerss (Instagram: 48766253188) |
| **Sent** | 2022-01-01 15:54:42 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2022-01-01 16:11:15 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2022-01-01 16:23:08 UTC |
| | |
| **Author** | 101summerss (Instagram: 48766253188) |
| **Sent** | 2022-01-01 16:23:58 UTC |
| | |
| **Author** | 101summerss (Instagram: 48766253188) |
| **Sent** | 2022-01-01 17:19:24 UTC |
| | |
| **Author** | 101summerss (Instagram: 48766253188) |
| **Sent** | 2022-01-03 01:40:57 UTC |


| | |
|---|---|
| **Thread** | (4735351596477872) |
| **Current** | 2022-05-09 16:30:03 UTC |
| **Participants** | _nakeyaa.a (Instagram: 46640765) |
| | poohsanedahomie (Instagram: 37118544428) |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-12 15:53:32 UTC |


| | |
|---|---|
| **Thread** | (517283843002089) |
| **Current** | 2022-05-09 16:30:03 UTC |
| **Participants** | tr.neice (Instagram: 2137107838) |
| | poohsanedahomie (Instagram: 37118544428) |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-16 17:21:11 UTC |


| | |
|---|---|
| **Thread** | (4302148219795965) |
| **Current** | 2022-05-09 16:30:03 UTC |
| **Participants** | capalot_.rell (Instagram: 9284651571) |
| | poohsanedahomie (Instagram: 37118544428) |

Meta Platforms Business Record

**Author**
capalot_.rell (Instagram: 9284651571)
**Sent** 2021-12-24 18:28:21 UTC

**Author** capalot_.rell (Instagram: 9284651571)
**Sent** 2021-12-24 18:28:57 UTC
**Call Record** **Missed** false
**Duration** 27298

**Thread** (584432052956999)
**Current** 2022-05-09 16:30:03 UTC
**Participants** osoprettytrey (Instagram: 10361263786)
poohsanedahomie (Instagram: 37118544428)

**Author** osoprettytrey (Instagram: 10361263786)
**Sent** 2021-12-19 08:09:58 UTC

**Thread** (484405479614443)
**Current** 2022-05-09 16:30:03 UTC
**Participants** prettieasslondyn (Instagram: 355850454)
poohsanedahomie (Instagram: 37118544428)

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:01:23 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:07:11 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:07:52 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:01 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:08 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:17 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:35 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:41 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:50 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:51 UTC

**Author**
prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:09:01 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:09:30 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:10:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:11:41 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:11:45 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:11:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:26 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:39 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:12:40 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:12:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 14:15:19 UTC


**Thread** (444735160254185)
**Current** 2022-05-09 16:30:03 UTC
**Participants** yngrell2100 (Instagram: 188928498)
poohsanedahomie (Instagram: 37118544428)

**Author** yngrell2100 (Instagram: 188928498)
**Sent** 2021-12-14 04:38:07 UTC

**Author** yngrell2100 (Instagram: 188928498)
**Sent** 2021-12-14 04:38:27 UTC
**Call Record**          **Missed** false
**Duration** 21


**Thread** (558190932240968)
**Current**

Meta Platforms Business Record

**Participants**
2022-05-09 16:30:03 UTC
chase_33capping (Instagram: 1422115701)
poohsanedahomie (Instagram: 37118544428)

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-18 16:08:19 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-22 21:06:44 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:47:12 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:48:06 UTC
**Call Record** **Missed** false
**Duration** 45946

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:51:20 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:51:40 UTC
**Call Record** **Missed** false
**Duration** 16662

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:07:30 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:07:58 UTC
**Call Record** **Missed** false
**Duration** 21170

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:19:14 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:19:37 UTC
**Call Record** **Missed** false
**Duration** 6274

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:21:11 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-02 19:59:04 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-02 19:59:35 UTC
**Call Record** **Missed** false
**Duration** 32

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 19:59:44 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

2022-01-02 20:00:17 UTC
**Call Record**          **Missed**  false
**Duration**  25870


**Thread**  (433932714681702)
**Current**  2022-05-09 16:30:03 UTC
**Participants**  _adoreeteetee21_ (Instagram: 21477915714)
poohsanedahomie (Instagram: 37118544428)


**Author**  _adoreeteetee21_ (Instagram: 21477915714)
**Sent**  2021-12-09 00:17:51 UTC

**Author**  _adoreeteetee21_ (Instagram: 21477915714)
**Sent**  2021-12-09 00:18:25 UTC


**Thread**  (226569718903422)
**Current**  2022-05-09 16:30:04 UTC
**Participants**  dgt_2.0__ (Instagram: 29361792859)
poohsanedahomie (Instagram: 37118544428)


**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-08 20:36:32 UTC

**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-18 18:17:40 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-18 18:23:46 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-18 18:24:13 UTC

**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-20 18:44:29 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-20 18:45:13 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-20 18:45:17 UTC

**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-20 18:47:56 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-20 18:48:25 UTC

**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-20 18:48:42 UTC

**Author**  dgt_2.0__ (Instagram: 29361792859)
**Sent**  2021-12-20 18:49:49 UTC

**Author**
dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:50:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:51:28 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:52:29 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:52:44 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:53:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:53:35 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:54:34 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-21 17:58:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:32:37 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-21 23:33:19 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-30 20:56:13 UTC

**Thread** (705515650839656)
**Current** 2022-05-09 16:30:04 UTC
**Participants** nwa_trigga (Instagram: 9642508392)
poohsanedahomie (Instagram: 37118544428)

**Author** nwa_trigga (Instagram: 9642508392)
**Sent** 2021-12-21 00:19:30 UTC

**Author** nwa_trigga (Instagram: 9642508392)
**Sent** 2021-12-22 17:35:45 UTC

**Author** nwa_trigga (Instagram: 9642508392)
**Sent** 2021-12-22 17:35:48 UTC

**Thread** (541797030557046)
**Current** 2022-05-09 16:30:04 UTC
**Participants** rdlvofficial (Instagram: 1701101372)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 31

**Sent**
2021-12-09 00:37:31 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-09 01:34:07 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-09 16:29:13 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:11:49 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:12:20 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-15 20:44:06 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-15 20:44:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 20:44:34 UTC


**Thread** (186228183579769)
**Current** 2022-05-09 16:30:04 UTC
**Participants** meanasscat (Instagram: 225105388)
poohsanedahomie (Instagram: 37118544428)


**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:24:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:23 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:34 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:08 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:21 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:42:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:42:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 32

**Sent**

2021-12-25 14:44:03 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:45:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:47:13 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:47:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:47:53 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 16:43:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 16:47:11 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 16:47:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 16:48:04 UTC


**Thread** (102737128837035)
**Current** 2022-05-09 16:30:04 UTC
**Participants** foreigneatzllc (Instagram: 1036214795)
poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-06 15:39:40 UTC

**Author** foreigneatzllc (Instagram: 1036214795)
**Sent** 2021-12-06 18:00:14 UTC


**Thread** (233151985245126)
**Current** 2022-05-09 16:30:04 UTC
**Participants** nanospi69 (Instagram: 1328547391)
poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 00:37:45 UTC


**Thread** (748318006566508)
**Current** 2022-05-09 16:30:04 UTC
**Participants** thereal_astaryia__ (Instagram: 17174088923)
poohsanedahomie (Instagram: 37118544428)

**Author**
    thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:45:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:50:55 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:51:12 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:51:25 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:51:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:53:03 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:53:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:53:26 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:53:46 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:55:29 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:55:41 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-17 00:15:19 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-17 00:15:38 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-17 00:15:45 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-17 00:16:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-17 00:16:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-17 00:16:13 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-17 00:17:16 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-17 00:22:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**
2021-12-17 00:22:56 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-17 00:23:18 UTC


**Thread** (755728899155694)
**Current** 2022-05-09 16:30:04 UTC
**Participants** silasshowboi (Instagram: 7474462835)
poohsanedahomie (Instagram: 37118544428)


**Author** silasshowboi (Instagram: 7474462835)
**Sent** 2021-12-08 17:43:49 UTC


**Thread** (732464688148188)
**Current** 2022-05-09 16:30:04 UTC
**Participants** ant_kill_yo_self (Instagram: 196429634)
poohsanedahomie (Instagram: 37118544428)


**Author** ant_kill_yo_self (Instagram: 196429634)
**Sent** 2021-12-12 17:57:55 UTC


**Thread** (750191676383690)
**Current** 2022-05-09 16:30:04 UTC
**Participants** theyluh.bree (Instagram: 2391368977)
poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:33:35 UTC


**Thread** (629691901764599)
**Current** 2022-05-09 16:30:04 UTC
**Participants** 154td (Instagram: 199998164)
poohsanedahomie (Instagram: 37118544428)


**Author** 154td (Instagram: 199998164)
**Sent** 2021-12-18 17:36:50 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 17:37:26 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 17:37:48 UTC

**Author** 154td (Instagram: 199998164)
**Sent** 2021-12-18 17:49:22 UTC

**Thread**
(734515987942590)
**Current** 2022-05-09 16:30:04 UTC
**Participants** quise_100x10 (Instagram: 382187242)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:15:01 UTC

**Author** quise_100x10 (Instagram: 382187242)
**Sent** 2021-12-16 17:21:02 UTC

**Thread** (17914021538232429)
**Current** 2022-05-09 16:30:04 UTC
**Participants** _mosthumblekia (Instagram: 50065456817)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:17:11 UTC

**Author** _mosthumblekia (Instagram: 50065456817)
**Sent** 2021-12-16 17:17:46 UTC

**Thread** (17876183273232429)
**Current** 2022-05-09 16:30:04 UTC
**Participants** x_queen_beba_xx (Instagram: 39475401750)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:37:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:37:43 UTC

**Author** x_queen_beba_xx (Instagram: 39475401750)
**Sent** 2021-12-13 13:04:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 14:53:24 UTC

**Thread** (578054616921304)
**Current** 2022-05-09 16:30:04 UTC
**Participants** omerta_corey (Instagram: 238632579)
poohsanedahomie (Instagram: 37118544428)

**Author** omerta_corey (Instagram: 238632579)
**Sent** 2021-12-23 04:30:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-23 05:55:12 UTC

**Thread**
(394025135213140)
**Current** 2022-05-09 16:30:04 UTC
**Participants** burgz_ftm (Instagram: 205545958)
poohsanedahomie (Instagram: 37118544428)

**Author** burgz_ftm (Instagram: 205545958)
**Sent** 2021-12-18 19:30:56 UTC

**Thread** (593252208362962)
**Current** 2022-05-09 16:30:04 UTC
**Participants** major.smokzz (Instagram: 49701961327)
poohsanedahomie (Instagram: 37118544428)

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:43:15 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:43:23 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:43:25 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:43:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 20:44:08 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:48:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 20:51:52 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 20:59:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 21:02:48 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-18 21:21:47 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-20 23:50:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 23:51:22 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-20 23:51:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 23:53:43 UTC

Meta Platforms Business Record                                              Page 37

**Author**
     major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 00:03:46 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:02:10 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:10:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:14:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:15:06 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:15:40 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:19:35 UTC


**Thread** (673701287366511)
**Current** 2022-05-09 16:30:04 UTC
**Participants** brenda__queenbee87 (Instagram: 2876155938)
     poohsanedahomie (Instagram: 37118544428)

**Author** brenda__queenbee87 (Instagram: 2876155938)
**Sent** 2021-12-18 08:01:50 UTC


**Thread** (17878978010232429)
**Current** 2022-05-09 16:30:04 UTC
**Participants** therealbrigolden (Instagram: 35209051502)
     poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:39:27 UTC


**Thread** (551858716208574)
**Current** 2022-05-09 16:30:04 UTC
**Participants** thickvona (Instagram: 32900163)
     poohsanedahomie (Instagram: 37118544428)

**Author** thickvona (Instagram: 32900163)
**Sent** 2021-12-20 18:57:26 UTC

**Author** thickvona (Instagram: 32900163)
**Sent** 2021-12-20 18:57:37 UTC

**Author** thickvona (Instagram: 32900163)
**Sent** 2021-12-21 18:05:05 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:32:27 UTC

**Author** thickvona (Instagram: 32900163)
**Sent** 2021-12-22 19:58:18 UTC

**Thread** (537788344214931)
**Current** 2022-05-09 16:30:04 UTC
**Participants** bikelifephillip (Instagram: 2700642351)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 13:54:44 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-18 13:59:52 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-18 13:59:53 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-27 17:33:59 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-27 17:34:33 UTC
**Call Record** **Missed** false
**Duration** 23912

**Thread** (2031178680369794)
**Current** 2022-05-09 16:30:04 UTC
**Participants** rik_dhat_bitch (Instagram: 8720419976)
poohsanedahomie (Instagram: 37118544428)

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-17 08:13:57 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:05:42 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:34:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:25 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:38 UTC
**Call Record** **Missed** false
**Duration** 14

Meta Platforms Business Record

**Author**
rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:36:59 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:37:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:39:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:40:19 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:40:21 UTC

**Thread** (306441087706743)
**Current** 2022-05-09 16:30:04 UTC
**Participants** shawblessup (Instagram: 32996710859)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 12:20:13 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 14:18:45 UTC

**Thread** (3887650851317291)
**Current** 2022-05-09 16:30:04 UTC
**Participants** stepbackkobe24 (Instagram: 8381316733)
poohsanedahomie (Instagram: 37118544428)

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-04 16:10:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-04 16:16:07 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-04 16:16:26 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-04 16:16:42 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-08 23:01:10 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:21 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:23 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)

**Sent**

2021-12-27 21:25:24 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:26 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:29 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:31 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:38 UTC

**Author** stepbackkobe24 (Instagram: 8381316733)
**Sent** 2021-12-27 21:25:49 UTC


**Thread** (553349232726188)
**Current** 2022-05-09 16:30:05 UTC
**Participants** bhound4 (Instagram: 610954371)
poohsanedahomie (Instagram: 37118544428)


**Author** bhound4 (Instagram: 610954371)
**Sent** 2021-12-18 16:39:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 16:48:04 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2021-12-23 18:40:22 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2021-12-23 18:41:00 UTC
**Call Record** **Missed** false
**Duration** 32

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 04:08:32 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 04:08:57 UTC
**Call Record** **Missed** false
**Duration** 16

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 22:39:23 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 22:39:55 UTC
**Call Record** **Missed** false
**Duration** 15

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-02 01:14:51 UTC

**Author**
bhound4 (Instagram: 610954371)
**Sent** 2022-01-02 01:15:06 UTC
**Call Record** **Missed** false
**Duration** 10

**Thread** (536616807726851)
**Current** 2022-05-09 16:30:05 UTC
**Participants** lilpooda300 (Instagram: 744027975)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 22:57:17 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2021-12-31 07:05:20 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2021-12-31 19:25:06 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2021-12-31 19:25:30 UTC
**Call Record** **Missed** false
**Duration** 13345

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-01 22:59:42 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-01 23:00:21 UTC
**Call Record** **Missed** false
**Duration** 26276

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-02 20:17:54 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-02 20:18:07 UTC
**Call Record** **Missed** false
**Duration** 7149

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:14:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 23:14:35 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:14:49 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 23:14:57 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:15:01 UTC

**Author**
lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:35:45 UTC

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:36:19 UTC
**Call Record** **Missed** false
**Duration** 29815

**Author** lilpooda300 (Instagram: 744027975)
**Sent** 2022-01-03 23:44:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 23:44:44 UTC

**Thread** (142386387827884)
**Current** 2022-05-09 16:30:05 UTC
**Participants** 2dee1 (Instagram: 3092934739)
poohsanedahomie (Instagram: 37118544428)

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2021-12-20 18:18:17 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:04:01 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 02:04:14 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:05:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 02:05:56 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:38:31 UTC

**Thread** (1216159975528404)
**Current** 2022-05-09 16:30:05 UTC
**Participants** jetset_cinco (Instagram: 310378482)
poohsanedahomie (Instagram: 37118544428)

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-08 15:59:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 17:29:07 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-08 17:40:20 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:06:08 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:32:19 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:34:39 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:34:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:40:14 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:41:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 19:24:43 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 19:32:47 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 19:32:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 19:44:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 19:14:44 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-31 19:37:40 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-31 19:37:48 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2022-01-03 01:08:46 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 01:08:57 UTC


**Thread** (17909957480232429)
**Current** 2022-05-09 16:30:05 UTC
**Participants** a_r_trav556 (Instagram: 49357537136)
poohsanedahomie (Instagram: 37118544428)

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-06 14:09:11 UTC

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-19 14:45:54 UTC

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-21 13:37:41 UTC

**Thread**
(1084290308979873)
**Current**  2022-05-09 16:30:05 UTC
**Participants**  dior.milo (Instagram: 43798597588)
poohsanedahomie (Instagram: 37118544428)


**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2022-01-02 17:14:19 UTC

**Author**  dior.milo (Instagram: 43798597588)
**Sent**  2022-01-02 19:29:26 UTC

**Author**  dior.milo (Instagram: 43798597588)
**Sent**  2022-01-02 19:29:33 UTC



**Thread**  (293188185506861)
**Current**  2022-05-09 16:30:05 UTC
**Participants**  drack_biggavelli (Instagram: 25996447974)
poohsanedahomie (Instagram: 37118544428)


**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-15 00:53:00 UTC

Meta Platforms Business Record                                      Page 45

 Facebook retains the author, but NOT the recipient(s), of individual messages for Messenger threads. Facebook also retains the following information for Messenger threads:

 (1) Current Thread Participants – a list of all accounts subscribed to a thread <u>at the time</u> Facebook retrieved the records;
(2) Past Thread Participants – a list of all accounts <u>previously</u> (but not currently) subscribed to a thread at any time before the records were retrieved; and
(3) Subscription Event – a log of an account subscribing to (joining) or unsubscribing from (leaving) a thread during the date range covered by the production. *Subscription events that fall outside of the date range covered by the production are not included.*

Meta Platforms Business Record                                        Page 46

**Encrypted**   Information about when the account holder connects to the encrypted messaging service.
**Connection**  Current Connected IP: Current IP address associated with the account holder.
**Info Definition**  Current Connected Port: Current port associated with the account holder.
Last Active Time: Date and time account holder was last online.
Last Connected IP: Last connected IP address associated with the account holder.
Online Since: Date and time the account holder was online.

**Encrypted**
**Connection**
**Info**

This page intentionally left blank.

Meta Platforms Business Record                                    Page 48

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 37118544428 |
| **Account Identifier** | poohsanedahomie |
| **Account Type** | InstagramUser |
| **Generated** | 2022-01-04 02:06:02 UTC |
| **Date Range** | 2021-12-04 00:00:00 UTC to 2022-01-03 23:59:59 UTC |

**Ncmec Reports Definition**  NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**  No responsive records located

**Name Definition**  Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**  **First**  PoohsaneDaHomie

**Emails Definition**  Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**  No responsive records located

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  poohsanedahomie

**Registration Date Definition**  Registration Date: Date and time of account creation.

**Registration Date**  2020-06-11 20:31:21 UTC

**Registration Ip Definition**  IP address associated with account creation.

**Registration Ip**  2607:fb90:929f:551b:f01d:ee2c:a551:90e5

Meta Platforms Business Record                                         Page 49

**Account End
Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.
Time: Date and time the account was closed.
Reason: The account was closed (deactivated, disabled, deleted).

**Account
Closure Date**  **Account Still
Active**  true

**Phone
Numbers
Definition**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account
holder responded to a text sent to the listed phone number.

**Phone
Numbers**  +17542343874  Verified

**Ip Addresses
Definition**  IP Addresses: IP addresses associated with the account.
Time: Date and time associated with the IP address.
Action: Action associated with the IP address.
Agent String: Information identifying the browser and operating system.

**Ip Addresses**  **IP Address**  2600:1700:40e2:1130:b972:072c:f97a:d6a0
**Time**  2021-12-30 21:17:57 UTC
**Action**  direct_share_media_new 18182256781082258

**IP Address**  2607:fb90:902f:c979:401d:f493:13a1:7c12
**Time**  2021-12-25 14:44:03 UTC
**Action**  direct_share_media_new 17924346769937550

**IP Address**  2600:1700:40e2:1130:d84c:5474:d420:eccc
**Time**  2021-12-20 19:49:27 UTC
**Action**  direct_share_media_new 17914793108191181

**IP Address**  2607:fb90:4090:b076:5d42:a9ae:c86b:9717
**Time**  2021-12-13 01:09:22 UTC
**Action**  direct_share_media_new 17909100548162049

**IP Address**  2607:fb90:4090:b076:5d42:a9ae:c86b:9717
**Time**  2021-12-13 01:02:04 UTC
**Action**  direct_share_media_new 17941665565684525

**IP Address**  2607:fb90:4090:b076:5d42:a9ae:c86b:9717
**Time**  2021-12-13 01:01:46 UTC
**Action**  direct_share_media_new 18274003255054329

**IP Address**  2601:0586:c700:5e00:9532:2896:9b01:edad
**Time**  2021-12-09 18:12:21 UTC
**Action**  direct_share_media_new 17901453656302127

**IP Address**  2601:0586:c700:5e00:9532:2896:9b01:edad
**Time**  2021-12-09 18:11:50 UTC
**Action**  direct_share_media_new 18104344405280652

**IP Address**  2601:0586:c700:5e00:f5ee:aab0:f1a5:8e24
**Time**  2021-12-04 15:23:17 UTC

**Action**
direct_share_media_new 17924474767962090

**Unified**   Unified Messages: Private messages between account holders.
**Messages**   Thread: Unique identifier associated with conversation thread.
**Definition**   Current Participants: Account holders involved in conversation thread.
Author: Account holder that sent message.
Sent: Date and time of message sent.
Removed by Sender: Indicates that the content has been removed by the sender.
Call Record: Indicates a call was made through conversation thread.
Type: Indicates the method in which a call was placed (Facebook accounts only).
Missed: Indicates if the call was missed.
Duration: Length of the call (in seconds).
Thread Name: Name given to the chat thread by the group admin.
Past Participants: Lists the account holders that have previously been subscribed to the message thread
(Facebook accounts only).
Subscription Event: Indicates an update to a participant's subscription to the conversation thread
(Instagram accounts only).
Type: Indicates action associated with the participant (Instagram accounts only).
Users: the account holders impacted by the subscription update (Instagram accounts only).

**Unified**   **Thread**   (17912347700232429)
**Messages**   **Current**   2022-01-04 02:10:09 UTC
**Participants**   gayazova4842 (Instagram: 50739361724)
poohsanedahomie (Instagram: 37118544428)

**Thread**   (895542164533238)
**Current**   2022-01-04 02:10:09 UTC
**Participants**   casadereyes27 (Instagram: 37118971419)
taxiarxhska (Instagram: 37118547870)
henny4257 (Instagram: 37118581008)
weekend_tools (Instagram: 37118806003)
hasaam.official (Instagram: 37118701798)
ghj.5603 (Instagram: 37118726045)
poohsanedahomie (Instagram: 37118544428)
khal.ed7353 (Instagram: 37118544364)
alena.dance.love (Instagram: 37118904316)
hosei_n199 (Instagram: 37118807602)
ameetabassum03 (Instagram: 37118833438)
abomination3930 (Instagram: 37118831621)
dlshkhsth0915673 (Instagram: 37118913894)
dimgkle08 (Instagram: 37118922465)
danieleboutet28 (Instagram: 45703604021)

**Thread**   (455376645608797)
**Current**   2022-01-04 02:10:09 UTC
**Participants**   suavedosto (Instagram: 2261014196)
hollywood_q (Instagram: 5687648886)
__deleted__bhiebedagcaidfhah (Instagram: 30605660694)
_pretty.bree__ (Instagram: 188986881)

Meta Platforms Business Record                                    Page 51

scando_gsxr1k (Instagram: 8202137237)
iftheselookscouldkill (Instagram: 3422960436)
backwoodzay (Instagram: 228954740)
d_blocc5252 (Instagram: 2018101406)
djburseyblack (Instagram: 45814851)
young_king2.3 (Instagram: 7299450851)
bossmayne_nene (Instagram: 32863779)
richey_reggie (Instagram: 312661817)
vonnie_v (Instagram: 1362390926)
__deleted__bhiebeefijhjafdhi (Instagram: 45883025930)
poohsanedahomie (Instagram: 37118544428)

**Thread**   (536616807726851)
             **Current**   2022-01-04 02:10:09 UTC
       **Participants**   lilpooda300 (Instagram: 744027975)
                          poohsanedahomie (Instagram: 37118544428)

              **Author**   poohsanedahomie (Instagram: 37118544428)
                **Sent**   2021-12-30 22:57:17 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2021-12-31 07:05:20 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2021-12-31 19:25:06 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2021-12-31 19:25:30 UTC
       **Call Record**             **Missed**  false
                         **Duration**  13345

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-01 22:59:42 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-01 23:00:21 UTC
       **Call Record**             **Missed**  false
                         **Duration**  26276

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-02 20:17:54 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-02 20:18:07 UTC
       **Call Record**             **Missed**  false
                         **Duration**  7149

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-03 23:14:15 UTC

              **Author**   poohsanedahomie (Instagram: 37118544428)
                **Sent**   2022-01-03 23:14:35 UTC

              **Author**   lilpooda300 (Instagram: 744027975)
                **Sent**   2022-01-03 23:14:49 UTC

|  | **Author** | poohsanedahomie (Instagram: 37118544428) |
|---|---|---|
|  | **Sent** | 2022-01-03 23:14:57 UTC |

| **Author** | lilpooda300 (Instagram: 744027975) |
|---|---|
| **Sent** | 2022-01-03 23:15:01 UTC |

| **Author** | lilpooda300 (Instagram: 744027975) |
|---|---|
| **Sent** | 2022-01-03 23:35:45 UTC |

| **Author** | lilpooda300 (Instagram: 744027975) |
|---|---|
| **Sent** | 2022-01-03 23:36:19 UTC |

**Call Record**
**Missed** false
**Duration** 29815

| **Author** | lilpooda300 (Instagram: 744027975) |
|---|---|
| **Sent** | 2022-01-03 23:44:32 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|---|---|
| **Sent** | 2022-01-03 23:44:44 UTC |

**Thread** (823201538264829)
**Current** 2022-01-04 02:10:09 UTC
**Participants** lashheavenn (Instagram: 16800516407)
a.hdreem (Instagram: 30271610223)
iamdrodriguez_ (Instagram: 178705149)
hamblockkevin (Instagram: 27031047504)
slimeadon_ (Instagram: 1520535126)
_shesosheisty_ (Instagram: 3623303455)
therealll__doll (Instagram: 31375098899)
its.shanelll (Instagram: 1732701420)
nobreaddd (Instagram: 301404573)
j.mulla133 (Instagram: 1581251781)
emiliotomko (Instagram: 5900623546)
rosa.capitan.921 (Instagram: 45871747337)
mikepearson00 (Instagram: 39711701165)
poohsanedahomie (Instagram: 37118544428)
nothingtoseehere124hhxxjx (Instagram: 39521265744)

**Thread** (1084290308979873)
**Current** 2022-01-04 02:10:09 UTC
**Participants** dior.milo (Instagram: 43798597588)
poohsanedahomie (Instagram: 37118544428)

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|---|---|
| **Sent** | 2022-01-02 17:14:19 UTC |

| **Author** | dior.milo (Instagram: 43798597588) |
|---|---|
| **Sent** | 2022-01-02 19:29:26 UTC |

| **Author** | dior.milo (Instagram: 43798597588) |
|---|---|
| **Sent** | 2022-01-02 19:29:33 UTC |

Meta Platforms Business Record

**Thread**

(1216159975528404)

**Current** 2022-01-04 02:10:09 UTC

**Participants** jetset_cinco (Instagram: 310378482)
poohsanedahomie (Instagram: 37118544428)

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-08 15:59:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 17:29:07 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-08 17:40:20 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:06:08 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:32:19 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:34:39 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:34:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:40:14 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 18:41:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 19:24:43 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 19:32:47 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-21 19:32:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 19:44:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 19:14:44 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-31 19:37:40 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2021-12-31 19:37:48 UTC

**Author** jetset_cinco (Instagram: 310378482)
**Sent** 2022-01-03 01:08:46 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                             Page 54

**Sent**      2022-01-03 01:08:57 UTC


**Thread**  (527190768669429)
         **Current**  2022-01-04 02:10:10 UTC
     **Participants**  154cj (Instagram: 441924164)
                       poohsanedahomie (Instagram: 37118544428)


         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2022-01-01 21:00:34 UTC

         **Author**  154cj (Instagram: 441924164)
           **Sent**  2022-01-01 21:02:58 UTC


**Thread**  (306441087706743)
         **Current**  2022-01-04 02:10:10 UTC
     **Participants**  shawblessup (Instagram: 32996710859)
                       poohsanedahomie (Instagram: 37118544428)


         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2021-12-25 12:20:13 UTC

         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2021-12-31 14:18:45 UTC


**Thread**  (484405479614443)
         **Current**  2022-01-04 02:10:11 UTC
     **Participants**  prettieasslondyn (Instagram: 355850454)
                       poohsanedahomie (Instagram: 37118544428)


         **Author**  prettieasslondyn (Instagram: 355850454)
           **Sent**  2021-12-22 18:01:23 UTC

         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2021-12-22 18:07:11 UTC

         **Author**  prettieasslondyn (Instagram: 355850454)
           **Sent**  2021-12-22 18:07:52 UTC

         **Author**  prettieasslondyn (Instagram: 355850454)
           **Sent**  2021-12-22 18:08:01 UTC

         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2021-12-22 18:08:08 UTC

         **Author**  poohsanedahomie (Instagram: 37118544428)
           **Sent**  2021-12-22 18:08:17 UTC

         **Author**  prettieasslondyn (Instagram: 355850454)
           **Sent**  2021-12-22 18:08:24 UTC

**Author**
  poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:35 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:41 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:50 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:08:51 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:08:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:09:01 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:09:30 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:10:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:11:41 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:11:45 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:11:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:26 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 18:12:39 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:12:40 UTC

**Author** prettieasslondyn (Instagram: 355850454)
**Sent** 2021-12-22 18:12:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 14:15:19 UTC


**Thread** (142386387827884)
**Current** 2022-01-04 02:10:11 UTC
**Participants** 2dee1 (Instagram: 3092934739)
  poohsanedahomie (Instagram: 37118544428)

**Author**
2dee1 (Instagram: 3092934739)
**Sent** 2021-12-20 18:18:17 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:04:01 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 02:04:14 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:05:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 02:05:56 UTC

**Author** 2dee1 (Instagram: 3092934739)
**Sent** 2022-01-02 02:38:31 UTC


**Thread** (570318404363835)
**Current** 2022-01-04 02:10:11 UTC
**Participants** 1turbo_ (Instagram: 312398515)
poohsanedahomie (Instagram: 37118544428)

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-23 03:55:05 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-23 03:55:35 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:16:14 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:16:39 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:16:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:17 UTC

**Author** 1turbo_ (Instagram: 312398515)
**Sent** 2021-12-30 21:17:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-30 21:17:51 UTC

Meta Platforms Business Record                                                          Page 57

**Author**
          poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-30 21:17:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-30 21:18:07 UTC

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2021-12-30 21:18:25 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-30 21:24:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-30 21:24:51 UTC

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2021-12-30 21:26:49 UTC

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2022-01-01 00:48:56 UTC

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2022-01-01 00:49:25 UTC
**Call Record**            **Missed** false
                **Duration** 14

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2022-01-01 03:25:04 UTC

**Author** 1turbo_ (Instagram: 312398515)
  **Sent** 2022-01-01 03:25:25 UTC
**Call Record**            **Missed** false
                **Duration** 11

**Thread** (553349232726188)
  **Current** 2022-01-04 02:10:11 UTC
**Participants** bhound4 (Instagram: 610954371)
                poohsanedahomie (Instagram: 37118544428)

**Author** bhound4 (Instagram: 610954371)
  **Sent** 2021-12-18 16:39:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
  **Sent** 2021-12-18 16:48:04 UTC

**Author** bhound4 (Instagram: 610954371)
  **Sent** 2021-12-23 18:40:22 UTC

**Author** bhound4 (Instagram: 610954371)
  **Sent** 2021-12-23 18:41:00 UTC
**Call Record**            **Missed** false
                **Duration** 32

**Author** bhound4 (Instagram: 610954371)
  **Sent** 2022-01-01 04:08:32 UTC

**Author**
bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 04:08:57 UTC
**Call Record**                **Missed** false
**Duration** 16

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 22:39:23 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-01 22:39:55 UTC
**Call Record**                **Missed** false
**Duration** 15

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-02 01:14:51 UTC

**Author** bhound4 (Instagram: 610954371)
**Sent** 2022-01-02 01:15:06 UTC
**Call Record**                **Missed** false
**Duration** 10

**Thread** (681917486528939)
**Current** 2022-01-04 02:10:11 UTC
**Participants** _sofineeee_ (Instagram: 52357775)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:27:12 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 19:42:36 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:44:01 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 19:46:33 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:46:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:48:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 19:49:26 UTC

**Author** _sofineeee_ (Instagram: 52357775)
**Sent** 2021-12-20 20:15:23 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 20:16:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 20:16:54 UTC

| | |
|---|---|
| **Author** | |
| | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-22 22:33:22 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-22 22:34:02 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-23 00:53:48 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-23 00:53:53 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-25 04:27:59 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-30 22:03:38 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-30 22:14:34 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-31 21:54:26 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-31 21:54:30 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-31 21:54:35 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-31 21:54:38 UTC |
| | |
| **Author** | _sofineeee_ (Instagram: 52357775) |
| **Sent** | 2021-12-31 22:03:19 UTC |


| | |
|---|---|
| **Thread** | (440955980766539) |
| **Current** | 2022-01-04 02:10:11 UTC |
| **Participants** | psycho_bunny_ang (Instagram: 27037335633) |
| | poohsanedahomie (Instagram: 37118544428) |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-13 06:35:09 UTC |
| | |
| **Author** | psycho_bunny_ang (Instagram: 27037335633) |
| **Sent** | 2021-12-25 20:14:15 UTC |
| | |
| **Author** | psycho_bunny_ang (Instagram: 27037335633) |
| **Sent** | 2021-12-31 03:02:45 UTC |
| | |
| **Author** | poohsanedahomie (Instagram: 37118544428) |
| **Sent** | 2021-12-31 03:03:02 UTC |
| | |
| **Author** | psycho_bunny_ang (Instagram: 27037335633) |
| **Sent** | 2021-12-31 03:54:10 UTC |

**Thread**

(558190932240968)
**Current** 2022-01-04 02:10:11 UTC
**Participants** chase_33capping (Instagram: 1422115701)
poohsanedahomie (Instagram: 37118544428)

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-18 16:08:19 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-22 21:06:44 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:47:12 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:48:06 UTC
**Call Record** **Missed** false
**Duration** 45946

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:51:20 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2021-12-30 20:51:40 UTC
**Call Record** **Missed** false
**Duration** 16662

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:07:30 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:07:58 UTC
**Call Record** **Missed** false
**Duration** 21170

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:19:14 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:19:37 UTC
**Call Record** **Missed** false
**Duration** 6274

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-01 18:21:11 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-02 19:59:04 UTC

**Author** chase_33capping (Instagram: 1422115701)
**Sent** 2022-01-02 19:59:35 UTC
**Call Record** **Missed** false
**Duration** 32

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 19:59:44 UTC

Meta Platforms Business Record                                              Page 61

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 20:00:17 UTC
**Call Record**               **Missed** false
**Duration** 25870


**Thread** (17913414350232429)
**Current** 2022-01-04 02:10:11 UTC
**Participants** lanis.loyaltynails (Instagram: 34955545899)
poohsanedahomie (Instagram: 37118544428)

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:21:09 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:21:18 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:22:19 UTC
**Call Record**               **Missed** false
**Duration** 62

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:22:51 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:23:52 UTC
**Call Record**               **Missed** false
**Duration** 62

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-11 22:29:04 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:29:40 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:29:42 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:29:47 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:30:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-11 22:30:32 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:30:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-11 22:30:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-11 22:30:56 UTC

Meta Platforms Business Record                              Page 62

**Author**
          lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:31:03 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:31:04 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:31:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 22:32:17 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-11 23:26:52 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-11 23:30:11 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 06:01:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:48:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:36:20 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:36:25 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:38:39 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 18:38:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 18:43:25 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-12 19:06:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:09:21 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:16:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:17:34 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 01:42:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:43:51 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)

**Sent**

2021-12-13 01:44:01 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 01:44:24 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 01:49:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 01:54:52 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 01:55:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 01:55:57 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 02:04:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 02:05:42 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 02:06:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 02:07:00 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 02:07:07 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 02:07:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 02:07:27 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 05:04:31 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 05:04:38 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 05:05:23 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 05:05:31 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 05:05:37 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-13 05:05:53 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
   **Sent** 2021-12-13 05:05:57 UTC

Meta Platforms Business Record                                    Page 64

**Author**
    lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 05:06:05 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 05:06:10 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 05:06:27 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 05:07:52 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 05:32:23 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-13 05:32:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 05:34:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:34:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-14 11:32:16 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-14 22:10:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-14 22:15:03 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-14 23:33:20 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 00:09:17 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-15 00:14:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 00:14:22 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-15 00:14:35 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-15 00:14:37 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 00:14:50 UTC

**Author** lanis.loyaltynails (Instagram: 34955545899)
**Sent** 2021-12-15 00:21:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

2021-12-15 00:39:47 UTC

**Author**  lanis.loyaltynails (Instagram: 34955545899)
**Sent**  2021-12-15 00:43:03 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-25 04:28:58 UTC

**Thread**  (3887650851317291)
**Current**  2022-01-04 02:10:12 UTC
**Participants**  stepbackkobe24 (Instagram: 8381316733)
poohsanedahomie (Instagram: 37118544428)

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-04 16:10:04 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-04 16:16:07 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-04 16:16:26 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-04 16:16:42 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-08 23:01:10 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:21 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:23 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:24 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:26 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:29 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:31 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:38 UTC

**Author**  stepbackkobe24 (Instagram: 8381316733)
**Sent**  2021-12-27 21:25:49 UTC

**Thread**  (186228183579769)
**Current**

Meta Platforms Business Record                                    Page 66

**Participants**
2022-01-04 02:10:12 UTC
meanasscat (Instagram: 225105388)
poohsanedahomie (Instagram: 37118544428)

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:24:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:23 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:41:34 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:08 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:21 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:42:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:42:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:42:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:44:03 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:45:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:47:13 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 14:47:47 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 14:47:53 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 16:43:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 16:47:11 UTC

**Author** meanasscat (Instagram: 225105388)
**Sent** 2021-12-25 16:47:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 16:48:04 UTC

**Thread**

(226569718903422)

**Current** 2022-01-04 02:10:12 UTC
**Participants** dgt_2.0__ (Instagram: 29361792859)
poohsanedahomie (Instagram: 37118544428)


**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-08 20:36:32 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-18 18:17:40 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 18:23:46 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 18:24:13 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:44:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:45:13 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:45:17 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:47:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:48:25 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:48:42 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:49:49 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:50:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:51:28 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:52:29 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:52:44 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-20 18:53:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 18:53:35 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)

**Sent**

2021-12-20 18:54:34 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-21 17:58:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 18:32:37 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-21 23:33:19 UTC

**Author** dgt_2.0__ (Instagram: 29361792859)
**Sent** 2021-12-30 20:56:13 UTC


**Thread** (2031178680369794)
**Current** 2022-01-04 02:10:12 UTC
**Participants** rik_dhat_bitch (Instagram: 8720419976)
poohsanedahomie (Instagram: 37118544428)

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-17 08:13:57 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:05:42 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:34:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:25 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:35:38 UTC
**Call Record** **Missed** false
**Duration** 14

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:36:59 UTC

**Author** rik_dhat_bitch (Instagram: 8720419976)
**Sent** 2021-12-24 19:37:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:39:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:40:19 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 19:40:21 UTC

Meta Platforms Business Record                                         Page 69

**Thread**
(4302148219795965)
**Current** 2022-01-04 02:10:12 UTC
**Participants** capalot_.rell (Instagram: 9284651571)
poohsanedahomie (Instagram: 37118544428)


**Author** capalot_.rell (Instagram: 9284651571)
**Sent** 2021-12-24 18:28:21 UTC

**Author** capalot_.rell (Instagram: 9284651571)
**Sent** 2021-12-24 18:28:57 UTC
**Call Record** **Missed** false
**Duration** 27298


**Thread** (17862605078629189)
**Current** 2022-01-04 02:10:13 UTC
**Participants** 101summerss (Instagram: 48766253188)
poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:01:46 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-13 01:01:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:05:53 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-14 11:31:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 12:51:14 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:09:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 14:10:23 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:10:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 14:39:00 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:08 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:17 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 14:42:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

2021-12-21 15:29:31 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 15:48:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:02:41 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:02:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:03:22 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:04:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 16:04:57 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2021-12-21 16:14:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 22:22:36 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 00:58:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 01:31:12 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 15:43:19 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 15:43:46 UTC
**Call Record**          **Missed** false
**Duration** 28

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 15:54:31 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 15:54:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 16:11:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-01 16:23:08 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 16:23:58 UTC

**Author** 101summerss (Instagram: 48766253188)
**Sent** 2022-01-01 17:19:24 UTC

Meta Platforms Business Record                                    Page 71

**Author**
       101summerss (Instagram: 48766253188)
**Sent** 2022-01-03 01:40:57 UTC


**Thread** (578054616921304)
    **Current** 2022-01-04 02:10:13 UTC
**Participants** omerta_corey (Instagram: 238632579)
       poohsanedahomie (Instagram: 37118544428)


    **Author** omerta_corey (Instagram: 238632579)
      **Sent** 2021-12-23 04:30:21 UTC

    **Author** poohsanedahomie (Instagram: 37118544428)
      **Sent** 2021-12-23 05:55:12 UTC


**Thread** (551858716208574)
    **Current** 2022-01-04 02:10:13 UTC
**Participants** thickvona (Instagram: 32900163)
       poohsanedahomie (Instagram: 37118544428)


    **Author** thickvona (Instagram: 32900163)
      **Sent** 2021-12-20 18:57:26 UTC

    **Author** thickvona (Instagram: 32900163)
      **Sent** 2021-12-20 18:57:37 UTC

    **Author** thickvona (Instagram: 32900163)
      **Sent** 2021-12-21 18:05:05 UTC

    **Author** poohsanedahomie (Instagram: 37118544428)
      **Sent** 2021-12-21 18:32:27 UTC

    **Author** thickvona (Instagram: 32900163)
      **Sent** 2021-12-22 19:58:18 UTC


**Thread** (705515650839656)
    **Current** 2022-01-04 02:10:13 UTC
**Participants** nwa_trigga (Instagram: 9642508392)
       poohsanedahomie (Instagram: 37118544428)


    **Author** nwa_trigga (Instagram: 9642508392)
      **Sent** 2021-12-21 00:19:30 UTC

    **Author** nwa_trigga (Instagram: 9642508392)
      **Sent** 2021-12-22 17:35:45 UTC

    **Author** nwa_trigga (Instagram: 9642508392)
      **Sent** 2021-12-22 17:35:48 UTC

Meta Platforms Business Record                                    Page 72

**Thread**
(537788344214931)
**Current** 2022-01-04 02:10:13 UTC
**Participants** bikelifephillip (Instagram: 2700642351)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 13:54:44 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-18 13:59:52 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-18 13:59:53 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-27 17:33:59 UTC

**Author** bikelifephillip (Instagram: 2700642351)
**Sent** 2021-12-27 17:34:33 UTC
**Call Record** **Missed** false
**Duration** 23912

**Thread** (684569642934706)
**Current** 2022-01-04 02:10:13 UTC
**Participants** _jrgzig (Instagram: 5309874045)
poohsanedahomie (Instagram: 37118544428)

**Author** _jrgzig (Instagram: 5309874045)
**Sent** 2021-12-08 19:04:08 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 19:05:59 UTC

**Author** _jrgzig (Instagram: 5309874045)
**Sent** 2021-12-08 19:06:36 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 19:15:05 UTC

**Author** _jrgzig (Instagram: 5309874045)
**Sent** 2021-12-18 16:05:53 UTC

**Author** _jrgzig (Instagram: 5309874045)
**Sent** 2021-12-22 17:03:33 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-22 17:40:00 UTC

**Author** _jrgzig (Instagram: 5309874045)
**Sent** 2021-12-22 17:45:38 UTC

**Thread** (2949429572000887)
**Current**

**Participants**
                              2022-01-04 02:10:13 UTC
                              2100_ynbceoced (Instagram: 807472445)
                              poohsanedahomie (Instagram: 37118544428)

             **Author**  2100_ynbceoced (Instagram: 807472445)
               **Sent**  2021-12-26 20:28:30 UTC


**Thread**  (509976683735461)
          **Current**  2022-01-04 02:10:13 UTC
     **Participants**  berzerk_92 (Instagram: 45688610)
                       poohsanedahomie (Instagram: 37118544428)

             **Author**  berzerk_92 (Instagram: 45688610)
               **Sent**  2021-12-06 01:14:04 UTC

             **Author**  berzerk_92 (Instagram: 45688610)
               **Sent**  2021-12-29 21:48:31 UTC


**Thread**  (593252208362962)
          **Current**  2022-01-04 02:10:13 UTC
     **Participants**  major.smokzz (Instagram: 49701961327)
                       poohsanedahomie (Instagram: 37118544428)

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:43:15 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:43:23 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:43:25 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:43:48 UTC

             **Author**  poohsanedahomie (Instagram: 37118544428)
               **Sent**  2021-12-18 20:44:08 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:48:31 UTC

             **Author**  poohsanedahomie (Instagram: 37118544428)
               **Sent**  2021-12-18 20:51:52 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 20:59:51 UTC

             **Author**  poohsanedahomie (Instagram: 37118544428)
               **Sent**  2021-12-18 21:02:48 UTC

             **Author**  major.smokzz (Instagram: 49701961327)
               **Sent**  2021-12-18 21:21:47 UTC

**Author**
major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-20 23:50:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 23:51:22 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-20 23:51:56 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 23:53:43 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 00:03:46 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:02:10 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:10:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:14:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:15:06 UTC

**Author** major.smokzz (Instagram: 49701961327)
**Sent** 2021-12-21 01:15:40 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-21 01:19:35 UTC

**Thread** (629691901764599)
**Current** 2022-01-04 02:10:13 UTC
**Participants** packsofftd (Instagram: 199998164)
poohsanedahomie (Instagram: 37118544428)

**Author** packsofftd (Instagram: 199998164)
**Sent** 2021-12-18 17:36:50 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 17:37:26 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 17:37:48 UTC

**Author** packsofftd (Instagram: 199998164)
**Sent** 2021-12-18 17:49:22 UTC

**Thread** (461296221925854)
**Current** 2022-01-04 02:10:14 UTC
**Participants** money_b_456 (Instagram: 192286510)
poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                              Page 75

**Author**
        money_b_456 (Instagram: 192286510)
**Sent** 2021-12-07 07:23:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-07 07:51:48 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-22 03:05:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 14:25:10 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:31:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 20:35:58 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:36:27 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-24 20:37:03 UTC

**Author** money_b_456 (Instagram: 192286510)
**Sent** 2021-12-24 20:46:43 UTC


**Thread** (394025135213140)
**Current** 2022-01-04 02:10:14 UTC
**Participants** burgz_ftm (Instagram: 205545958)
        poohsanedahomie (Instagram: 37118544428)


**Author** burgz_ftm (Instagram: 205545958)
**Sent** 2021-12-18 19:30:56 UTC


**Thread** (598250617808187)
**Current** 2022-01-04 02:10:14 UTC
**Participants** thegasstation100 (Instagram: 37026985888)
        poohsanedahomie (Instagram: 37118544428)


**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-05 23:15:54 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-08 18:34:39 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-12 19:45:21 UTC

**Author** thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-16 03:09:12 UTC

Meta Platforms Business Record

**Author**
    thegasstation100 (Instagram: 37026985888)
**Sent** 2021-12-21 04:22:01 UTC

**Thread** (374385423891591)
**Current** 2022-01-04 02:10:14 UTC
**Participants** longboi_154 (Instagram: 317673164)
    poohsanedahomie (Instagram: 37118544428)

**Author** longboi_154 (Instagram: 317673164)
**Sent** 2021-12-19 19:04:58 UTC

**Author** longboi_154 (Instagram: 317673164)
**Sent** 2021-12-19 19:04:58 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-19 19:05:38 UTC

**Thread** (748318006566508)
**Current** 2022-01-04 02:10:14 UTC
**Participants** thereal_astaryia__ (Instagram: 17174088923)
    poohsanedahomie (Instagram: 37118544428)

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:45:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:50:55 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:51:12 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:51:25 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:51:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:53:03 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:53:15 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 23:53:26 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:53:46 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)
**Sent** 2021-12-16 23:55:29 UTC

**Author** thereal_astaryia__ (Instagram: 17174088923)

|        |                          |
|-------:|--------------------------|
| **Sent** | 2021-12-16 23:55:41 UTC |

| **Author** | thereal_astaryia__ (Instagram: 17174088923) |
|-----------:|---------------------------------------------|
| **Sent** | 2021-12-17 00:15:19 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:15:38 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:15:45 UTC |

| **Author** | thereal_astaryia__ (Instagram: 17174088923) |
|-----------:|---------------------------------------------|
| **Sent** | 2021-12-17 00:16:00 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:16:06 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:16:13 UTC |

| **Author** | thereal_astaryia__ (Instagram: 17174088923) |
|-----------:|---------------------------------------------|
| **Sent** | 2021-12-17 00:17:16 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:22:52 UTC |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-17 00:22:56 UTC |

| **Author** | thereal_astaryia__ (Instagram: 17174088923) |
|-----------:|---------------------------------------------|
| **Sent** | 2021-12-17 00:23:18 UTC |

| **Thread** | (750191676383690) |
|-----------:|-------------------|
| **Current** | 2022-01-04 02:10:14 UTC |
| **Participants** | theyluh.bree (Instagram: 2391368977) |
| | poohsanedahomie (Instagram: 37118544428) |

| **Author** | poohsanedahomie (Instagram: 37118544428) |
|-----------:|-------------------------------------------|
| **Sent** | 2021-12-16 17:33:35 UTC |

| **Thread** | (673701287366511) |
|-----------:|-------------------|
| **Current** | 2022-01-04 02:10:14 UTC |
| **Participants** | dareal_queenbee (Instagram: 2876155938) |
| | poohsanedahomie (Instagram: 37118544428) |

| **Author** | dareal_queenbee (Instagram: 2876155938) |
|-----------:|------------------------------------------|
| **Sent** | 2021-12-18 08:01:50 UTC |

| **Thread** | (734515987942590) |
|-----------:|-------------------|
| **Current** | 2022-01-04 02:10:14 UTC |
| **Participants** | quise_100x10 (Instagram: 382187242) |

Meta Platforms Business Record

poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:15:01 UTC

**Author** quise_100x10 (Instagram: 382187242)
**Sent** 2021-12-16 17:21:02 UTC

**Thread** (17914021538232429)
**Current** 2022-01-04 02:10:14 UTC
**Participants** _mosthumblekia (Instagram: 50065456817)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:17:11 UTC

**Author** _mosthumblekia (Instagram: 50065456817)
**Sent** 2021-12-16 17:17:46 UTC

**Thread** (517283843002089)
**Current** 2022-01-04 02:10:14 UTC
**Participants** tr.neice (Instagram: 2137107838)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-16 17:21:11 UTC

**Thread** (580611556667858)
**Current** 2022-01-04 02:10:15 UTC
**Participants** vaa_ripelie (Instagram: 413635231)
poohsanedahomie (Instagram: 37118544428)

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:35:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:35:54 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:36:40 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:52 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:36:52 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:37:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:37:18 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:42:46 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 16:47:56 UTC

**Author** vaa_ripelie (Instagram: 413635231)
**Sent** 2021-12-15 16:49:00 UTC


**Thread** (471454490917137)
**Current** 2022-01-04 02:10:15 UTC
**Participants** shy.bellaa (Instagram: 271054523)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 01:02:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 13:44:16 UTC

**Author** shy.bellaa (Instagram: 271054523)
**Sent** 2021-12-18 14:17:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 16:19:43 UTC


**Thread** (17878978010232429)
**Current** 2022-01-04 02:10:16 UTC
**Participants** therealbrigolden (Instagram: 35209051502)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:39:27 UTC


**Thread** (17876183273232429)
**Current** 2022-01-04 02:10:16 UTC
**Participants** x_queen_beba_xx (Instagram: 39475401750)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:37:11 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 06:37:43 UTC

Meta Platforms Business Record

**Author**
x_queen_beba_xx (Instagram: 39475401750)
**Sent** 2021-12-13 13:04:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-13 14:53:24 UTC

**Thread** (4735351596477872)
**Current** 2022-01-04 02:10:16 UTC
**Participants** _nakeyaa.a (Instagram: 46640765)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 15:53:32 UTC

**Thread** (833467917560647)
**Current** 2022-01-04 02:10:17 UTC
**Participants** k6ixxfrmypc (Instagram: 48612509041)
poohsanedahomie (Instagram: 37118544428)

**Author** k6ixxfrmypc (Instagram: 48612509041)
**Sent** 2021-12-07 00:39:09 UTC

**Author** k6ixxfrmypc (Instagram: 48612509041)
**Sent** 2021-12-13 19:13:37 UTC

**Thread** (732464688148188)
**Current** 2022-01-04 02:10:17 UTC
**Participants** ant_kill_yo_self (Instagram: 196429634)
poohsanedahomie (Instagram: 37118544428)

**Author** ant_kill_yo_self (Instagram: 196429634)
**Sent** 2021-12-12 17:57:55 UTC

**Thread** (129854915762388)
**Current** 2022-01-04 02:10:17 UTC
**Participants** grapez305 (Instagram: 9721827646)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-04 15:21:46 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-04 15:22:08 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-04 15:23:17 UTC

Meta Platforms Business Record                                    Page 81

**Author**
grapez305 (Instagram: 9721827646)
**Sent** 2021-12-04 15:23:35 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 12:48:27 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 14:11:44 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:12:31 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 18:12:56 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 18:13:03 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 18:13:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:13:20 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-09 18:13:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 02:42:21 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-12 02:42:25 UTC

**Author** grapez305 (Instagram: 9721827646)
**Sent** 2021-12-12 02:44:26 UTC


**Thread** (17909957480232429)
**Current** 2022-01-04 02:10:17 UTC
**Participants** a_r_trav556 (Instagram: 49357537136)
poohsanedahomie (Instagram: 37118544428)

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-06 14:09:11 UTC

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-19 14:45:54 UTC

**Author** a_r_trav556 (Instagram: 49357537136)
**Sent** 2021-12-21 13:37:41 UTC


**Thread** (584432052956999)
**Current** 2022-01-04 02:10:17 UTC
**Participants** osoprettytrey (Instagram: 10361263786)
poohsanedahomie (Instagram: 37118544428)

**Author**
    osoprettytrey (Instagram: 10361263786)
**Sent** 2021-12-19 08:09:58 UTC


**Thread** (494376648342008)
**Current** 2022-01-04 02:10:17 UTC
**Participants** popdog305 (Instagram: 44319962207)
    poohsanedahomie (Instagram: 37118544428)


**Author** popdog305 (Instagram: 44319962207)
**Sent** 2021-12-18 16:14:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-18 16:28:20 UTC


**Thread** (541797030557046)
**Current** 2022-01-04 02:10:17 UTC
**Participants** rdlvofficial (Instagram: 1701101372)
    poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 00:37:31 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-09 01:34:07 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-09 16:29:13 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:11:49 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-09 18:12:20 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-15 20:44:06 UTC

**Author** rdlvofficial (Instagram: 1701101372)
**Sent** 2021-12-15 20:44:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-15 20:44:34 UTC


**Thread** (293188185506861)
**Current** 2022-01-04 02:10:17 UTC
**Participants** drack_biggavelli (Instagram: 25996447974)
    poohsanedahomie (Instagram: 37118544428)


**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**     2021-12-15 00:53:00 UTC


**Thread**   (755728899155694)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  silasshowboi (Instagram: 7474462835)
poohsanedahomie (Instagram: 37118544428)


**Author**   silasshowboi (Instagram: 7474462835)
**Sent**     2021-12-08 17:43:49 UTC


**Thread**   (17878056605602209)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  armani.myth (Instagram: 48033770208)
poohsanedahomie (Instagram: 37118544428)


**Author**   poohsanedahomie (Instagram: 37118544428)
**Sent**     2021-12-09 00:38:13 UTC

**Author**   armani.myth (Instagram: 48033770208)
**Sent**     2021-12-09 00:39:47 UTC

**Author**   poohsanedahomie (Instagram: 37118544428)
**Sent**     2021-12-09 00:40:05 UTC

**Author**   armani.myth (Instagram: 48033770208)
**Sent**     2021-12-09 00:40:24 UTC


**Thread**   (464754614921188)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  iamkdcollins (Instagram: 8012217522)
poohsanedahomie (Instagram: 37118544428)


**Thread**   (102737128837035)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  foreigneatzllc (Instagram: 1036214795)
poohsanedahomie (Instagram: 37118544428)


**Author**   poohsanedahomie (Instagram: 37118544428)
**Sent**     2021-12-06 15:39:40 UTC

**Author**   foreigneatzllc (Instagram: 1036214795)
**Sent**     2021-12-06 18:00:14 UTC


**Thread**   (233151985245126)
**Current**

**Participants**
2022-01-04 02:10:17 UTC
nanospi69 (Instagram: 1328547391)
poohsanedahomie (Instagram: 37118544428)

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-09 00:37:45 UTC

**Thread**  (788554939208718)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  therealnonchalant_1k (Instagram: 306168391)
poohsanedahomie (Instagram: 37118544428)

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-04 15:13:53 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-07 20:21:09 UTC

**Author**  therealnonchalant_1k (Instagram: 306168391)
**Sent**  2021-12-07 23:50:54 UTC

**Author**  poohsanedahomie (Instagram: 37118544428)
**Sent**  2021-12-08 19:10:37 UTC

**Thread**  (444735160254185)
**Current**  2022-01-04 02:10:17 UTC
**Participants**  yngrell2100 (Instagram: 188928498)
poohsanedahomie (Instagram: 37118544428)

**Author**  yngrell2100 (Instagram: 188928498)
**Sent**  2021-12-14 04:38:07 UTC

**Author**  yngrell2100 (Instagram: 188928498)
**Sent**  2021-12-14 04:38:27 UTC
**Call Record**          **Missed**  false
**Duration**  21

**Thread**  (789566799108017)
**Current**  2022-01-04 02:10:18 UTC
**Participants**  lilzayosama (Instagram: 8376560671)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (493618452030377)
**Current**  2022-01-04 02:10:18 UTC
**Participants**  fattfrm300 (Instagram: 214198155)
poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 85

**Thread**
                (471946534223661)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  llsk_teez (Instagram: 22210569968)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**  (2954353498168663)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  bacstreet_neko (Instagram: 8494309635)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**  (692590855461260)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  livyface (Instagram: 279394564)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**  (433932714681702)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  _adoreeteetee21_ (Instagram: 21477915714)
                     poohsanedahomie (Instagram: 37118544428)

        **Author**  _adoreeteetee21_ (Instagram: 21477915714)
          **Sent**  2021-12-09 00:17:51 UTC

        **Author**  _adoreeteetee21_ (Instagram: 21477915714)
          **Sent**  2021-12-09 00:18:25 UTC

**Thread**  (565873548142232)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  _kennethhoe (Instagram: 470039933)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**  (720028439387888)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  woahhhhh.shayy (Instagram: 4319173743)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**  (539788837411898)
        **Current**  2022-01-04 02:10:18 UTC
   **Participants**  _itshydro (Instagram: 1226646051)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**
     (595368105198346)
     **Current** 2022-01-04 02:10:18 UTC
     **Participants** dhat_nicca_dez (Instagram: 195818529)
                  poohsanedahomie (Instagram: 37118544428)

**Thread** (596708728396123)
     **Current** 2022-01-04 02:10:19 UTC
     **Participants** mitch_davis33 (Instagram: 188446507)
                  poohsanedahomie (Instagram: 37118544428)

**Thread** (479535016783277)
     **Current** 2022-01-04 02:10:19 UTC
     **Participants** aubriee.duhh (Instagram: 1463191194)
                  poohsanedahomie (Instagram: 37118544428)

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-07 20:20:02 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-07 20:55:03 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-07 21:04:22 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-08 02:08:05 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-08 02:29:09 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-12 15:49:39 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-12 15:52:29 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-12 15:54:21 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-12 15:55:24 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)
     **Sent** 2021-12-12 15:55:44 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-12 15:55:58 UTC

     **Author** aubriee.duhh (Instagram: 1463191194)
     **Sent** 2021-12-20 02:24:15 UTC

     **Author** poohsanedahomie (Instagram: 37118544428)

**Sent**

2021-12-20 02:27:09 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 02:27:24 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:27:32 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 02:28:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:28:06 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 02:28:17 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:29:16 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 02:32:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:37:54 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 02:43:14 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 03:55:10 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 03:55:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:00:20 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 04:00:42 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 04:00:57 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:01:35 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:01:40 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 04:01:58 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2021-12-20 04:02:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2021-12-20 04:02:11 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 04:02:15 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 04:02:18 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 04:02:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 04:03:49 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 04:04:25 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 04:04:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 04:12:14 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 04:12:23 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:01:42 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:02:02 UTC
**Call Record** **Missed** false
**Duration** 16058

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:22:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 05:30:13 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:33:42 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 05:40:13 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:40:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 05:40:53 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 05:41:03 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:03:23 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:03:37 UTC

Meta Platforms Business Record

**Author**
aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:03:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:33:15 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:33:29 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:49:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:49:41 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:49:49 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:51:06 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:51:15 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:51:20 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 06:51:27 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 06:51:45 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 07:09:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 16:26:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-20 16:50:53 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-20 16:51:36 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 12:18:04 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-25 21:43:32 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-25 21:43:40 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-25 21:44:03 UTC

**Author** aubriee.duhh (Instagram: 1463191194)

**Sent**

2021-12-25 21:44:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:44:33 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 14:44:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:45:41 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 14:46:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:46:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:47:18 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 14:47:55 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 14:48:03 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 14:50:37 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 14:56:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:16 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:22 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:07:27 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:08:05 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:08:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:08:39 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:07 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:16 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:09:34 UTC

**Author**
    poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:09:46 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:10:10 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:11:23 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:11:26 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-26 15:11:30 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-26 15:11:35 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-31 17:24:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 17:41:32 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 17:41:33 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-31 18:02:09 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 18:02:31 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-31 18:03:52 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 18:07:14 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-31 18:08:59 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-31 18:09:23 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2021-12-31 18:13:31 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 14:14:49 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-02 14:16:42 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-02 14:26:02 UTC

**Author** poohsanedahomie (Instagram: 37118544428)

**Sent**
            2022-01-02 17:11:37 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:11:51 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:12:07 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:12:46 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:13:28 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:16:06 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:20:33 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:20:39 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:20:39 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:21:04 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:21:45 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:24:02 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:24:17 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:24:44 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:31:40 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:31:53 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:43:31 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:43:48 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
   **Sent** 2022-01-02 17:44:59 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
   **Sent** 2022-01-02 17:46:22 UTC

**Author**
poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-02 17:57:39 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-02 17:57:48 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-02 23:51:18 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 00:39:46 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 00:40:15 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 00:41:00 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 00:41:08 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 04:39:57 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 12:52:20 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2022-01-03 17:00:40 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 18:20:38 UTC

**Author** aubriee.duhh (Instagram: 1463191194)
**Sent** 2022-01-03 18:20:42 UTC

**Thread** (107789641409299)
**Current** 2022-01-04 02:10:20 UTC
**Participants** _prettymeshaa (Instagram: 22213527216)
poohsanedahomie (Instagram: 37118544428)

**Thread** (533002338089402)
**Current** 2022-01-04 02:10:20 UTC
**Participants** dvpe.blvsivn (Instagram: 39947821)
poohsanedahomie (Instagram: 37118544428)

**Thread** (600347028029402)
**Current** 2022-01-04 02:10:20 UTC
**Participants** savage27__ (Instagram: 203248992)
poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 94

**Thread**
(214006686927089)
**Current** 2022-01-04 02:10:20 UTC
**Participants** bangjoehussein (Instagram: 35395906)
poohsanedahomie (Instagram: 37118544428)

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-06 06:40:58 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-06 06:43:43 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-06 06:43:50 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-07 18:45:12 UTC

**Author** poohsanedahomie (Instagram: 37118544428)
**Sent** 2021-12-08 19:14:36 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-08 19:23:14 UTC

**Author** bangjoehussein (Instagram: 35395906)
**Sent** 2021-12-08 19:23:29 UTC

**Thread** (600904951306783)
**Current** 2022-01-04 02:10:20 UTC
**Participants** 2woo3hreee (Instagram: 1307731131)
poohsanedahomie (Instagram: 37118544428)

**Thread** (835464704060851)
**Current** 2022-01-04 02:10:20 UTC
**Participants** jigg_mandela152 (Instagram: 47107574304)
poohsanedahomie (Instagram: 37118544428)

**Thread** (17882355491232429)
**Current** 2022-01-04 02:10:20 UTC
**Participants** ssgripken_btp159 (Instagram: 44276165025)
poohsanedahomie (Instagram: 37118544428)

**Thread** (580131010047939)
**Current** 2022-01-04 02:10:20 UTC
**Participants** intellectual.beauty91 (Instagram: 4793960824)
poohsanedahomie (Instagram: 37118544428)

**Thread**
(707246164000280)
**Current** 2022-01-04 02:10:20 UTC
**Participants** lady_lissa25 (Instagram: 146136937)
poohsanedahomie (Instagram: 37118544428)

**Thread** (225517105995647)
**Current** 2022-01-04 02:10:20 UTC
**Participants** brewsterb154 (Instagram: 48832067710)
poohsanedahomie (Instagram: 37118544428)

**Thread** (469404064146634)
**Current** 2022-01-04 02:10:20 UTC
**Participants** 10osama90 (Instagram: 46039831815)
poohsanedahomie (Instagram: 37118544428)

**Thread** (543015500423647)
**Current** 2022-01-04 02:10:20 UTC
**Participants** solochinn305 (Instagram: 735778315)
poohsanedahomie (Instagram: 37118544428)

**Thread** (368200137809775)
**Current** 2022-01-04 02:10:20 UTC
**Participants** sdotslimm_ (Instagram: 182340687)
poohsanedahomie (Instagram: 37118544428)

**Thread** (2028159534009361)
**Current** 2022-01-04 02:10:20 UTC
**Participants** rayjustdatguy (Instagram: 293294519)
poohsanedahomie (Instagram: 37118544428)

**Thread** (539645517439944)
**Current** 2022-01-04 02:10:20 UTC
**Participants** brfrm300 (Instagram: 1363109065)
poohsanedahomie (Instagram: 37118544428)

**Thread** (751093249621204)
**Current** 2022-01-04 02:10:21 UTC
**Participants** itstinyyyy_ (Instagram: 1512181026)

poohsanedahomie (Instagram: 37118544428)

**Thread**  (728835448508839)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  nunu_smith_ (Instagram: 2867562660)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (444016846993911)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  2young7savage4 (Instagram: 462524724)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (505475047514964)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  lowkey_yazzy (Instagram: 2325611163)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (17873006717294150)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  _bella_c._ (Instagram: 38703158149)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (219573042911026)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  realmellomel (Instagram: 27514772474)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (860841877905435)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  _beautymogul (Instagram: 50332493)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**  (111978184575920)
         **Current**  2022-01-04 02:10:21 UTC
    **Participants**  st0lafrm1400 (Instagram: 14687800539)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**
    (511150530284695)
        **Current**  2022-01-04 02:10:21 UTC
    **Participants**  queen_richhh (Instagram: 32639899)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (181755664021147)
        **Current**  2022-01-04 02:10:21 UTC
    **Participants**  louis_real_deal (Instagram: 40530684131)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (134331535400462)
        **Current**  2022-01-04 02:10:21 UTC
    **Participants**  tooeasy2829 (Instagram: 181795622)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (821128448586780)
        **Current**  2022-01-04 02:10:22 UTC
    **Participants**  __bri.toobhad (Instagram: 301732345)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (544563866937712)
        **Current**  2022-01-04 02:10:22 UTC
    **Participants**  _tattoogod (Instagram: 300820782)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (17869134086351275)
        **Current**  2022-01-04 02:10:22 UTC
    **Participants**  fendiilove2 (Instagram: 40533007274)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (17912363408147186)
        **Current**  2022-01-04 02:10:22 UTC
    **Participants**  opa_locka_ant_ctl (Instagram: 34485339185)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (706154724111281)
        **Current**  2022-01-04 02:10:55 UTC
    **Participants**  amour.kieanna (Instagram: 706996038)

poohsanedahomie (Instagram: 37118544428)

**Thread** (478509860209145)
     **Current** 2022-01-04 02:10:55 UTC
  **Participants** ss_dmug (Instagram: 10472523713)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (182438287045925)
     **Current** 2022-01-04 02:10:55 UTC
  **Participants** theforexmommy0015 (Instagram: 569643361)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (17876500085569251)
     **Current** 2022-01-04 02:10:56 UTC
  **Participants** yngx300 (Instagram: 47075113250)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (179226947696953)
     **Current** 2022-01-04 02:10:56 UTC
  **Participants** ticatanari (Instagram: 257321141)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (456038652458845)
     **Current** 2022-01-04 02:10:56 UTC
  **Participants** armanii04 (Instagram: 2193783631)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (694538408603543)
     **Current** 2022-01-04 02:10:56 UTC
  **Participants** 4sh0tz._ (Instagram: 5642786115)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (701083991294147)
     **Current** 2022-01-04 02:10:56 UTC
  **Participants** flomoney2100 (Instagram: 3562744341)
           poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                    Page 99

**Thread**
    (642036323480539)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  _litcamfunny_ (Instagram: 9729847454)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (452176272898529)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  khaotic305 (Instagram: 32704756)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (1291544411242418)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  elizaabeetthh___ (Instagram: 48075248499)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (3809671412494046)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  shawtyahlilbaddieee (Instagram: 27967819191)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (524558768931263)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  mr.fastway (Instagram: 36878461)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (3111292549147053)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  tamikahh__ (Instagram: 1244269456)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (500098158048869)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  icyy.nayyyy (Instagram: 9144209462)
             poohsanedahomie (Instagram: 37118544428)

**Thread**  (570743500986155)
       **Current**  2022-01-04 02:10:56 UTC
  **Participants**  domonique.ariel (Instagram: 265440751)

Meta Platforms Business Record                                    Page 100

poohsanedahomie (Instagram: 37118544428)

**Thread** (548810136509133)
    **Current** 2022-01-04 02:10:56 UTC
**Participants** _ohthatsnichy (Instagram: 3554933272)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (1322364191555695)
    **Current** 2022-01-04 02:10:56 UTC
**Participants** kee_kee_the_gemini (Instagram: 40003853161)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (582733946037980)
    **Current** 2022-01-04 02:10:56 UTC
**Participants** lilleonard_21 (Instagram: 39646653567)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (998859867588675)
    **Current** 2022-01-04 02:10:57 UTC
**Participants** drefrmgp (Instagram: 1420565557)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (410283440501650)
    **Current** 2022-01-04 02:10:57 UTC
**Participants** 2flock1 (Instagram: 608910388)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (237602171117913)
    **Current** 2022-01-04 02:10:57 UTC
**Participants** 10yingyang17 (Instagram: 27943985698)
           poohsanedahomie (Instagram: 37118544428)

**Thread** (522313742490911)
    **Current** 2022-01-04 02:10:57 UTC
**Participants** _nuttcase_ (Instagram: 2052481378)
           poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record

**Thread**
(1015370695929511)
**Current** 2022-01-04 02:10:57 UTC
**Participants** will_bell_05 (Instagram: 2086500335)
poohsanedahomie (Instagram: 37118544428)

**Thread** (548811219847075)
**Current** 2022-01-04 02:10:57 UTC
**Participants** nflmookie (Instagram: 31287705)
poohsanedahomie (Instagram: 37118544428)

**Thread** (846565549336945)
**Current** 2022-01-04 02:10:57 UTC
**Participants** super.headxx (Instagram: 49088645424)
poohsanedahomie (Instagram: 37118544428)

**Thread** (508871487175072)
**Current** 2022-01-04 02:10:57 UTC
**Participants** mikemyers_brazy (Instagram: 6434590642)
poohsanedahomie (Instagram: 37118544428)

**Thread** (905900529952931)
**Current** 2022-01-04 02:10:57 UTC
**Participants** dimeepeicessss (Instagram: 1179316610)
poohsanedahomie (Instagram: 37118544428)

**Thread** (545135113545036)
**Current** 2022-01-04 02:10:57 UTC
**Participants** _laylow.j3 (Instagram: 5584593206)
poohsanedahomie (Instagram: 37118544428)

**Thread** (467827537948037)
**Current** 2022-01-04 02:10:57 UTC
**Participants** lilrellofrm300 (Instagram: 1777173278)
poohsanedahomie (Instagram: 37118544428)

**Thread** (574643313928327)
**Current** 2022-01-04 02:10:57 UTC
**Participants** kendyl_mommy31 (Instagram: 12605258521)

poohsanedahomie (Instagram: 37118544428)

**Thread** (529968401724084)
        **Current**  2022-01-04 02:10:57 UTC
   **Participants**  cooljoereese (Instagram: 35130181)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (506673874064342)
        **Current**  2022-01-04 02:10:57 UTC
   **Participants**  lajan_2b_made (Instagram: 187952412)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (3923781191046384)
        **Current**  2022-01-04 02:10:57 UTC
   **Participants**  bulleto2154 (Instagram: 41609660064)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (561422355249217)
        **Current**  2022-01-04 02:10:57 UTC
   **Participants**  ctl.kool (Instagram: 3895589590)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (241191184588324)
        **Current**  2022-01-04 02:10:58 UTC
   **Participants**  jeremy_blessed392 (Instagram: 48761784)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (207121414548906)
        **Current**  2022-01-04 02:10:58 UTC
   **Participants**  diamonddelgado89 (Instagram: 3795450312)
                     poohsanedahomie (Instagram: 37118544428)

**Thread** (577998356931024)
        **Current**  2022-01-04 02:10:58 UTC
   **Participants**  bcf_cp3deem (Instagram: 1275355079)
                     poohsanedahomie (Instagram: 37118544428)

**Thread**
(17879926133255108)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  blueprint_exotics (Instagram: 37500063107)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (880144692601988)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  _babygurl_silk (Instagram: 7125160373)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (537256900998316)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  _lulaax3 (Instagram: 291956645)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (598727407785240)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  sexynthicklondra23 (Instagram: 216781953)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (1492098067792934)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  kelton_zaba1 (Instagram: 48210020126)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (614441496623487)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  gmg_castro92 (Instagram: 8359582475)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (598950031502532)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  sllimtingz (Instagram: 7861690595)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (1735001193353182)
**Current**  2022-01-04 02:10:58 UTC
**Participants**  poohsanedahomie87 (Instagram: 49253317161)

poohsanedahomie (Instagram: 37118544428)


**Thread**   (218250546450092)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   hotgirll_ruby (Instagram: 30662554958)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (122554759939650)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   major_smokzzz (Instagram: 6751887815)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (489637159095677)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   incognitojai2 (Instagram: 12987475335)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (545381576444285)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   db_yungheem (Instagram: 248277765)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (283370353196439)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   b.l.a.c.c.k.k (Instagram: 27729279471)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (1776620399192395)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   pussymoneyweave (Instagram: 31295785)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (428691621851280)
         **Current**   2022-01-04 02:10:58 UTC
   **Participants**   _cash.lo_ (Instagram: 213787115)
                      poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                    Page 105

**Thread**

(3131447113753927)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  losottd1000 (Instagram: 9210012656)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (547345473331195)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  woahke (Instagram: 1619878067)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (822822922002436)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  fudd305 (Instagram: 180233987)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (538979894169674)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  lanidontgiveafuvk (Instagram: 2095861906)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (505844960456199)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  ebanicole (Instagram: 26637859)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (215297740021234)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  drizydre305 (Instagram: 3828527875)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (495373588516391)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  101summers (Instagram: 1978720935)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (630182945045445)
**Current**  2022-01-04 02:10:59 UTC
**Participants**  21bg_holdup (Instagram: 17356861265)

Meta Platforms Business Record

poohsanedahomie (Instagram: 37118544428)

**Thread**  (549634576429121)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  3gunemdown3_duke (Instagram: 276100509)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (1490417417976537)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  princesss.gotti (Instagram: 267726158)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (663885481205116)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  chunkii_aint_no_booty (Instagram: 41538771524)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (360414215597258)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  tyronenunes (Instagram: 1693065423)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (291490532772363)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  exoctiic (Instagram: 1217809877)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (2912266929101668)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  hoodprincezzz (Instagram: 935509166)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (549128823149140)
    **Current**  2022-01-04 02:10:59 UTC
**Participants**  highitspurp (Instagram: 144974515)
                poohsanedahomie (Instagram: 37118544428)

**Thread**
    (824904148154668)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  hairbydeeee (Instagram: 206548995)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (17872663208344198)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  ripvontaee (Instagram: 40467656197)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (531018224990758)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  assy_niya (Instagram: 47819072691)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (503682350709168)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  gsypsychichi (Instagram: 47634598988)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (297893385030492)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  ayde.cita (Instagram: 26008380934)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (2833460420299936)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  alexisyungg (Instagram: 44516046643)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (17888752955082597)
      **Current**  2022-01-04 02:10:59 UTC
  **Participants**  mss_kupkakedolll (Instagram: 32435258596)
          poohsanedahomie (Instagram: 37118544428)

**Thread**  (501866371205786)
      **Current**  2022-01-04 02:11:00 UTC
  **Participants**  woee_nino (Instagram: 4109805706)

Meta Platforms Business Record                                    Page 108

poohsanedahomie (Instagram: 37118544428)


**Thread**   (945100739467027)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   jellyfrmdalocks (Instagram: 11368580946)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (566892528039740)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   sg_gsosa (Instagram: 179190612)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (204782981533005)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   artwork_worldd (Instagram: 8289573514)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (1488486604835042)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   chyna_gwopfein (Instagram: 2061004531)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (545868023467197)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   vert_ol (Instagram: 22589398)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (581591643242178)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   ballie_hendrix (Instagram: 383356742)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**   (534834071237949)
         **Current**   2022-01-04 02:11:00 UTC
   **Participants**   fatboycliff_ (Instagram: 251023243)
                      poohsanedahomie (Instagram: 37118544428)

**Thread**
    (4208800452533915)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** nueveor9 (Instagram: 8785499391)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (221822456435581)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** verify_me1000 (Instagram: 10570756249)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (1251623308591877)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** _2100coconutwatermese (Instagram: 52813442)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (123398346594086)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** kemanuels7511 (Instagram: 1459317374)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (495261398527253)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** incognito.jai (Instagram: 32713839)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (1076014272924648)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** penny305 (Instagram: 193604196)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (499837554575731)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** unbreakable27_w (Instagram: 6985950066)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (509096757152704)
    **Current** 2022-01-04 02:11:00 UTC
    **Participants** __deleted__bhiebeagebiddhfgj (Instagram: 6380557944)

Meta Platforms Business Record                                        Page 110

poohsanedahomie (Instagram: 37118544428)

**Thread**  (294103885695370)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  cbg_dre300 (Instagram: 44131557095)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (332870818194648)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  bbszaza (Instagram: 29642376693)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (109549841289689)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  2tone_bigb (Instagram: 46119610242)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (146326743997326)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  ctl_trail (Instagram: 47065559524)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (281770760143019)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  diorrharemily_ (Instagram: 32404502072)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (542005783858546)
        **Current**  2022-01-04 02:11:00 UTC
  **Participants**  number_one_media_group (Instagram: 326658190)
                poohsanedahomie (Instagram: 37118544428)

**Thread**  (570613787669437)
        **Current**  2022-01-04 02:11:01 UTC
  **Participants**  shaawwttyyy_ (Instagram: 7142476295)
                poohsanedahomie (Instagram: 37118544428)

**Thread**
    (2617320461907220)
    **Current** 2022-01-04 02:11:01 UTC
    **Participants** coco.10k (Instagram: 2122494885)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (512345260158744)
    **Current** 2022-01-04 02:11:01 UTC
    **Participants** hermosa.dolly (Instagram: 1644694970)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (568579807866540)
    **Current** 2022-01-04 02:11:14 UTC
    **Participants** 03gabbie__red (Instagram: 212245324)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (325606945509186)
    **Current** 2022-01-04 02:11:14 UTC
    **Participants** ogdropp (Instagram: 2957611882)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (966137870798725)
    **Current** 2022-01-04 02:11:14 UTC
    **Participants** zoee_poppy (Instagram: 7209112366)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (197707482050439)
    **Current** 2022-01-04 02:11:15 UTC
    **Participants** yungmuny_ (Instagram: 7785322955)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (306689027588378)
    **Current** 2022-01-04 02:11:15 UTC
    **Participants** mookmookkk_ (Instagram: 357868779)
    poohsanedahomie (Instagram: 37118544428)

**Thread** (17880236918297127)
    **Current** 2022-01-04 02:11:15 UTC
    **Participants** 2hgtman1 (Instagram: 38947265126)

poohsanedahomie (Instagram: 37118544428)

**Thread** (531055218287764)
**Current** 2022-01-04 02:11:15 UTC
**Participants** adore_herr_ (Instagram: 4773528711)
poohsanedahomie (Instagram: 37118544428)

**Thread** (465478674896533)
**Current** 2022-01-04 02:11:15 UTC
**Participants** x1pluto (Instagram: 23606875550)
poohsanedahomie (Instagram: 37118544428)

**Thread** (2845272725738026)
**Current** 2022-01-04 02:11:15 UTC
**Participants** dabofkya (Instagram: 16666366551)
poohsanedahomie (Instagram: 37118544428)

**Thread** (513070446760066)
**Current** 2022-01-04 02:11:15 UTC
**Participants** babyface__zuu (Instagram: 6902925914)
poohsanedahomie (Instagram: 37118544428)

**Thread** (464110638348019)
**Current** 2022-01-04 02:11:15 UTC
**Participants** ynic_rello (Instagram: 5897276447)
poohsanedahomie (Instagram: 37118544428)

**Thread** (1230619600720798)
**Current** 2022-01-04 02:11:15 UTC
**Participants** spookswrldx3 (Instagram: 266594737)
poohsanedahomie (Instagram: 37118544428)

**Thread** (3023301667898280)
**Current** 2022-01-04 02:11:16 UTC
**Participants** yaagirlkayy_ (Instagram: 1374707992)
poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record

**Thread**
(262382588919591)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  blessedap_ (Instagram: 339569608)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (481549343028584)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  ijayba_ (Instagram: 4154157539)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (461991401718925)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  kyashante (Instagram: 1779265926)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (954255578510796)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  nolove_mocha (Instagram: 248940102)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (598004044526149)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  terrywilliams8850 (Instagram: 3013363033)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (752908385617102)
**Current**  2022-01-04 02:11:16 UTC
**Participants**  selfmade_rell_ (Instagram: 517119420)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (504628157369735)
**Current**  2022-01-04 02:11:17 UTC
**Participants**  threal_neish (Instagram: 5686169214)
poohsanedahomie (Instagram: 37118544428)

**Thread**  (503448493986628)
**Current**  2022-01-04 02:11:17 UTC
**Participants**  _shiesty_ass_coco (Instagram: 7222993004)

poohsanedahomie (Instagram: 37118544428)

**Thread**   (3621061351338630)
            **Current**   2022-01-04 02:11:17 UTC
     **Participants**   jackboidave305 (Instagram: 423586315)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (17879050037232429)
            **Current**   2022-01-04 02:11:17 UTC
     **Participants**   alinapple_ (Instagram: 38548318599)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (560581378670980)
            **Current**   2022-01-04 02:11:17 UTC
     **Participants**   lifeas_sha (Instagram: 181255693)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (513306516728080)
            **Current**   2022-01-04 02:11:17 UTC
     **Participants**   _coyak (Instagram: 5395437352)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (423549525699952)
            **Current**   2022-01-04 02:11:17 UTC
     **Participants**   ___blackgirllll (Instagram: 203418305)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (513013866765910)
            **Current**   2022-01-04 02:11:18 UTC
     **Participants**   _reekdabeauty (Instagram: 269412272)
                        poohsanedahomie (Instagram: 37118544428)

**Thread**   (246525373640387)
            **Current**   2022-01-04 02:11:18 UTC
     **Participants**   naeetoopretty__ (Instagram: 31634178409)
                        poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                        Page 115

**Thread**
    (587517725982103)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  imperfectlyki_ (Instagram: 23043260)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (535808504479163)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  raah.rahh (Instagram: 4699309540)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (545365830187827)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  __deleted__bhiebeaiaccbabhff (Instagram: 8014043403)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (497616061625924)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  thareallslatt_ (Instagram: 6854024228)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (546724803387796)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  _rara.ohana_ (Instagram: 5511755048)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (17862408659456021)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  __deleted__bhiebeedgiagabfbf (Instagram: 43692120020)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (502515007810673)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  _hotboinush (Instagram: 47398493)
               poohsanedahomie (Instagram: 37118544428)

**Thread**  (492560618800242)
      **Current**  2022-01-04 02:11:18 UTC
  **Participants**  juneelite (Instagram: 5998715549)

poohsanedahomie (Instagram: 37118544428)

**Thread** (17868676424434809)
**Current** 2022-01-04 02:11:19 UTC
**Participants** 3gravedigger3_ (Instagram: 42980410808)
poohsanedahomie (Instagram: 37118544428)

**Thread** (508674280534147)
**Current** 2022-01-04 02:11:19 UTC
**Participants** 6loccrich_dee (Instagram: 240101486)
poohsanedahomie (Instagram: 37118544428)

**Thread** (483842593002176)
**Current** 2022-01-04 02:11:19 UTC
**Participants** ny_louu (Instagram: 1935137471)
poohsanedahomie (Instagram: 37118544428)

**Thread** (17880147140152846)
**Current** 2022-01-04 02:11:19 UTC
**Participants** __deleted__bhiebedefifdffbif (Instagram: 34601480845)
poohsanedahomie (Instagram: 37118544428)

**Thread** (529349585122279)
**Current** 2022-01-04 02:11:19 UTC
**Participants** rickroyal__ (Instagram: 15793042045)
poohsanedahomie (Instagram: 37118544428)

**Thread** (452886776111174)
**Current** 2022-01-04 02:11:19 UTC
**Participants** __ninnaaa.gotti (Instagram: 8097219285)
poohsanedahomie (Instagram: 37118544428)

**Thread** (609650893764148)
**Current** 2022-01-04 02:11:19 UTC
**Participants** __deleted__bhiebebaieedihgbc (Instagram: 10940897479)
poohsanedahomie (Instagram: 37118544428)

**Thread**
(511959740198398)
**Current** 2022-01-04 02:11:19 UTC
**Participants** loveashleerenee (Instagram: 301425721)
poohsanedahomie (Instagram: 37118544428)

**Thread** (514382233282674)
**Current** 2022-01-04 02:11:19 UTC
**Participants** 21shayyy_ (Instagram: 8118601482)
poohsanedahomie (Instagram: 37118544428)

**Thread** (492790152112908)
**Current** 2022-01-04 02:11:20 UTC
**Participants** perc30world (Instagram: 619941656)
poohsanedahomie (Instagram: 37118544428)

**Thread** (541594690577922)
**Current** 2022-01-04 02:11:20 UTC
**Participants** major.1k (Instagram: 2540863486)
poohsanedahomie (Instagram: 37118544428)

**Thread** (514861579909556)
**Current** 2022-01-04 02:11:20 UTC
**Participants** thereal.destyne (Instagram: 1099297806)
poohsanedahomie (Instagram: 37118544428)

**Thread** (511847753546913)
**Current** 2022-01-04 02:11:20 UTC
**Participants** miniigoat__ (Instagram: 41483934)
poohsanedahomie (Instagram: 37118544428)

**Thread** (17875111643232429)
**Current** 2022-01-04 02:11:20 UTC
**Participants** bry_bands (Instagram: 45491108793)
poohsanedahomie (Instagram: 37118544428)

**Thread** (485641119492694)
**Current** 2022-01-04 02:11:21 UTC
**Participants** _certifiedbratt (Instagram: 13554273430)

poohsanedahomie (Instagram: 37118544428)


**Thread**  (491566665579668)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  datgirl.kc (Instagram: 1227562345)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (492590712132028)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  meechieemeechh (Instagram: 235904631)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (559975572062342)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  curiously86 (Instagram: 519982942)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (584453992951713)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  tr.nay (Instagram: 6721043588)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (584821629583930)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  iamchinaming (Instagram: 325794055)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (17881795355232429)
         **Current**  2022-01-04 02:11:21 UTC
    **Participants**  pressley9123 (Instagram: 39762109124)
                      poohsanedahomie (Instagram: 37118544428)


**Thread**  (17872684157210335)
         **Current**  2022-01-04 02:11:22 UTC
    **Participants**  bratt_.chocolate (Instagram: 36380666334)
                      poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record

**Thread**

(529644255090620)
**Current** 2022-01-04 02:11:22 UTC
**Participants** tr_jai (Instagram: 241639316)
poohsanedahomie (Instagram: 37118544428)

**Thread** (485413896188672)
**Current** 2022-01-04 02:11:22 UTC
**Participants** _shesoexotic (Instagram: 12370184623)
poohsanedahomie (Instagram: 37118544428)

**Thread** (565673594830803)
**Current** 2022-01-04 02:11:22 UTC
**Participants** skinyyminnie (Instagram: 4820608145)
poohsanedahomie (Instagram: 37118544428)

**Thread** (590727995658088)
**Current** 2022-01-04 02:11:22 UTC
**Participants** honeydip_ (Instagram: 23631606)
poohsanedahomie (Instagram: 37118544428)

**Thread** (531095184961391)
**Current** 2022-01-04 02:11:22 UTC
**Participants** bratthadonn (Instagram: 1416252359)
poohsanedahomie (Instagram: 37118544428)

**Thread** (495130695215638)
**Current** 2022-01-04 02:11:22 UTC
**Participants** mpr_nicklo (Instagram: 1313611152)
poohsanedahomie (Instagram: 37118544428)

**Thread** (546464596750084)
**Current** 2022-01-04 02:11:22 UTC
**Participants** queayshaa (Instagram: 11837515451)
poohsanedahomie (Instagram: 37118544428)

**Thread** (481103603286023)
**Current** 2022-01-04 02:11:22 UTC
**Participants** tt.tharealone (Instagram: 11041585557)

poohsanedahomie (Instagram: 37118544428)

**Thread**   (17855442047396300)
          **Current**   2022-01-04 02:11:23 UTC
   **Participants**   latoya.heals (Instagram: 41958516299)
                    poohsanedahomie (Instagram: 37118544428)

**Thread**   (531610958229497)
          **Current**   2022-01-04 02:11:23 UTC
   **Participants**   guccired935 (Instagram: 2227009890)
                    poohsanedahomie (Instagram: 37118544428)

**Thread**   (602173184515076)
          **Current**   2022-01-04 02:11:23 UTC
   **Participants**   pretty_me_08 (Instagram: 605938636)
                    poohsanedahomie (Instagram: 37118544428)

**Thread**   (561928995207838)
          **Current**   2022-01-04 02:11:23 UTC
   **Participants**   _nofuckniggasallowed (Instagram: 18962584636)
                    poohsanedahomie (Instagram: 37118544428)

Meta Platforms Business Record                                              Page 121

Facebook retains the author, but NOT the recipient(s), of individual messages for Messenger threads. Facebook also retains the following information for Messenger threads:

(1) Current Thread Participants – a list of all accounts subscribed to a thread <u>at the time</u> Facebook retrieved the records;
(2) Past Thread Participants – a list of all accounts <u>previously</u> (but not currently) subscribed to a thread at any time before the records were retrieved; and
(3) Subscription Event – a log of an account subscribing to (joining) or unsubscribing from (leaving) a thread during the date range covered by the production. *Subscription events that fall outside of the date range covered by the production are not included.*

| | |
|---|---|
| **Encrypted Connection Info Definition** | Information about when the account holder connects to the encrypted messaging service. Current Connected IP: Current IP address associated with the account holder. Current Connected Port: Current port associated with the account holder. Last Active Time: Date and time account holder was last online. Last Connected IP: Last connected IP address associated with the account holder. Online Since: Date and time the account holder was online. |

| **Encrypted Connection Info** | | |
|---|---|---|
| | **Last Active Time** | 2022-01-03 23:40:55 UTC |
| | **Last Connected Ip** | 2600:1700:40e2:1130:e189:439d:d441:6157 |