**Information Provided To:**

T··Mobile·

| | |
|---|---|
| Agency: | Investigators |
| Requestor: | JASON GAMBILL |
| Agent Address: | MIAMI DADE POLICE DEPARTMENT |
| Billing City, State, Zip: | MIAMI, FL 33172-0000 |
| Provided On: | January 05, 2022 |

**Request Submission Response**

This is in response to the Search Warrant, 220103003073, dated January 05, 2022, which was served upon T-Mobile US, Inc. You have requested Information for the subscriber associated with MSISDN: 7542343874.

| Subscriber Details: | | |
|---|---|---|
| | Subscriber Name | MONEYBAG VERT |
| | Subscriber Address | 12241 SW 214TH LN MIAMI FL 33177-5969 |
| | Subscriber Status | A |
| | Subscriber Name Effective Date | 05/03/2021 |

| Account Details: | | |
|---|---|---|
| | Activation Date | 06/21/2021 |
| | Termination Date | |
| | Account Name | QUEAYSHA DEAN |
| | Account No | 108468654 |
| | Account Effective Date | 05/03/2021 |
| | Account Expiration Date | |

| Device Details: | | |
|---|---|---|
| | Phone Model | IPHONE SE2 NP 64G BLK TMUS KIT |
| | ICCID | 8901260041965299621F |
| | IMSI | 310260046529962 |
| | MDN Effective Date | 01/03/2022 |
| | MDN Expiration Date | |
| | MSISDN No | 7542343874 |
| | Device Network Type | G |
| | Device Number | 356852113719607 |

**Information Provided To:**

**T· ·Mobile·**

| | |
|---|---|
| Agency: | Investigators |
| Requestor: | JASON GAMBILL |
| Agent Address: | MIAMI DADE POLICE DEPARTMENT |
| Billing City, State, Zip: | MIAMI, FL 33172-0000 |
| Provided On: | January 05, 2022 |

**Request Submission Response**

This is in response to the Search Warrant, 220103003073, dated January 05, 2022, which was served upon T-Mobile US, Inc. You have requested Information for the subscriber associated with MSISDN: 7542343874.

| Subscriber Details: | |
|---|---|
| Subscriber Name | MONEYBAG VERT |
| Subscriber Address | 12241 SW 214TH LN MIAMI FL 33177-5969 |
| Subscriber Status | A |
| Subscriber Name Effective Date | 05/03/2021 |

| Account Details: | |
|---|---|
| Activation Date | 06/21/2021 |
| Termination Date | |
| Account Name | QUEAYSHA DEAN |
| Account No | 108468654 |
| Account Effective Date | 05/03/2021 |
| Account Expiration Date | |

| Device Details: | |
|---|---|
| Phone Model | IPHONE SE2 NP 64G BLK TMUS KIT |
| ICCID | 8901260047980033572F |
| IMSI | 310260048003357 |
| MDN Effective Date | 01/03/2022 |
| MDN Expiration Date | |
| MSISDN No | 7542343874 |
| Device Network Type | G |
| Device Number | 356852116383807 |

**Information Provided To:**

| | |
|---|---|
| Agency: | Investigators |
| Requestor: | JASON GAMBILL |
| Agent Address: | MIAMI DADE POLICE DEPARTMENT |
| Billing City, State, Zip: | MIAMI, FL 33172-0000 |
| Provided On: | January 06, 2022 |

**T··Mobile·**

**Request Submission Response**

This is in response to the Search Warrant, 220103003073, dated January 05, 2022, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 7542343874. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | 00:13:31 | 7 | moc | Outgoing | 17863951270 | 14699829999 | 14699829999 | 14699829999 | 310260048003357 | | Completed Successfully | 02B | ORTAS202 |
| 01/05/2022 | 00:13:56 | 8 | moc | Outgoing | 17863951270 | 14699829999 | 14699829999 | 14699829999 | 310260048003357 | | Completed Successfully | 02B | CRTAS202 |
| 01/05/2022 | 00:51:10 | | SMSC | | 128 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 00:51:10 | | SMSC | | 17542343874 | | 122 | | | | Completed Successfully | | mavsms_ttn05 |
| 01/05/2022 | 02:13:45 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol04 |
| 01/05/2022 | 02:41:37 | 45 | mtc | Incoming | 17865571980 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 02:44:57 | 12 | moc | Outgoing | 17542343874 | 17862629375 | 17862629375 | 17862629375 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 02:47:07 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 02:48:40 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol05 |
| 01/05/2022 | 02:49:14 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 02:49:35 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_ttn04 |
| 01/05/2022 | 02:49:46 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_ttn05 |
| 01/05/2022 | 02:49:55 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol06 |
| 01/05/2022 | 02:49:55 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 02:50:13 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 03:37:19 | 13 | moc | Outgoing | 17542343874 | 17862629375 | 17862629375 | 17862629375 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 03:43:10 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 03:59:19 | 22 | mtc | Incoming | 17867663215 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 04:03:06 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_ttn06 |

**Information Provided By:**
T-Mobile US, Inc.                      4 Sylvan Way, Parsippany, New Jersey 07054                      Page: 1 of 12
Law Enforcement Relations              Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | | Type | Direction | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | 04:12:23 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 04:12:46 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol05 |
| 01/05/2022 | 04:12:52 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol01 |
| 01/05/2022 | 04:13:00 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 04:23:51 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_ttn01 |
| 01/05/2022 | 04:24:24 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 04:24:32 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_ttn01 |
| 01/05/2022 | 04:45:17 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 05:11:22 | | SMSC | | 17867663215 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 05:13:33 | | SMSC | | 17542343874 | | 17867663215 | | | | Completed Successfully | | mavsms_pol06 |
| 01/05/2022 | 05:22:19 | 7 | mtc | Incoming | 13056074865 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 08:30:04 | 26 | mtc | Incoming | 17868731545 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 15:08:59 | 6 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:11:07 | | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Abnormal Completion | | CRTAS203 |
| 01/05/2022 | 15:12:14 | 4 | mSOriginating | Outgoing | 7542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | SFMSS347 |
| 01/05/2022 | 15:12:25 | 3 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:13:03 | 4 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:18:20 | 572 | mtc | Incoming | 13053166931 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 011;42 | CRTAS203 |
| 01/05/2022 | 15:19:33 | | moc | Outgoing | 17542343874 | 7868671020 | 7868671020 | 17868671020 | 310260048003357 | 356852116383800 | Abnormal Completion | | CRTAS203 |
| 01/05/2022 | 15:28:05 | 5 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:28:45 | 2 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:29:20 | 11 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:30:17 | 3 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:30:55 | 4 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:31:32 | | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Abnormal Completion | | CRTAS203 |
| 01/05/2022 | 15:32:21 | 4 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 15:50:15 | 11 | moc | Outgoing | 17542343874 | 13056844250 | 13056844250 | 13056844250 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 16:30:44 | 1 | mtc | Incoming | 13056844250 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |

| Date | Time | Dur | Type | Direction | From | To | Dialed | Other | IMSI | IMEI | Status | Cell | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | 17:37:12 | 31 | mtc | Incoming | 17866511267 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 17:52:32 | 55 | moc | Outgoing | 17542343874 | 17862629375 | 17862629375 | 17862629375 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 17:58:15 | 25 | mtc | Incoming | 13059707256 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 17:59:00 | 52 | moc | Outgoing | 17542343874 | 9542744328 | 9542744328 | 19542744328 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 18:12:13 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 18:12:24 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_ttn05 |
| 01/05/2022 | 19:08:06 | 34 | mtc | Incoming | 13056844250 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 011;42 | CRTAS203 |
| 01/05/2022 | 19:13:03 | | SMSC | | 2300 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 19:17:58 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_ttn03 |
| 01/05/2022 | 19:47:35 | 118 | mtc | Incoming | 13056844250 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 19:51:05 | 17 | moc | Outgoing | 17542343874 | 9542744328 | 9542744328 | 19542744328 | 310260048003357 | 356852116383800 | Completed Successfully | | CRTAS203 |
| 01/05/2022 | 20:49:00 | 31 | mtc | Incoming | 19542744328 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 20:49:32 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn02 |
| 01/05/2022 | 20:49:55 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_ttn04 |
| 01/05/2022 | 20:50:02 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol04 |
| 01/05/2022 | 20:50:27 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol06 |
| 01/05/2022 | 20:50:44 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol01 |
| 01/05/2022 | 20:50:46 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 20:51:35 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_pol03 |
| 01/05/2022 | 20:51:35 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_pol04 |
| 01/05/2022 | 20:53:20 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_pol02 |
| 01/05/2022 | 20:55:37 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn03 |
| 01/05/2022 | 20:56:18 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn01 |
| 01/05/2022 | 20:56:51 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_ttn03 |
| 01/05/2022 | 20:57:50 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn03 |
| 01/05/2022 | 20:58:43 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_pol04 |
| 01/05/2022 | 21:08:29 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn02 |
| 01/05/2022 | 21:37:34 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_ttn02 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 3 of 12

| Date | Time | | Type | Direction | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | 21:37:54 | | SMSC | | 17542343874 | | 13056844250 | | | | Completed Successfully | | mavsms_ttn06 |
| 01/05/2022 | 21:38:19 | | SMSC | | 13056844250 | | 17542343874 | | | | Completed Successfully | | mavsms_pol05 |
| 01/05/2022 | 22:37:42 | 7 | mtc | Incoming | 17542432327 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |
| 01/05/2022 | 22:53:42 | 125 | mtc | Incoming | 13059566179 | 17542343874 | 17542343874 | 17542343874 | 310260048003357 | 356852116383800 | Completed Successfully | 11 | CRTAS203 |

| 1st LTE Site ID | 1st LTE Sector ID | 1st LAC | 1st Cell ID | 1st Tower Azimuth | 1st Tower LAT | 1st Tower LONG | 1st Tower Address | 1st Tower City | 1st Tower State | 1st Tower Zip | Last LTE Site ID | Last LTE Sector ID | Last LAC ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61079 | 13 | | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 | | | |
| 869041 | 23 | | | 230 | 25.917834 | -80.214042 | 777 N.W. 155TH LANE | Miami | FL | 33169 | | | |
| 61079 | 3 | | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 | | | |
| 61079 | 13 | | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 | | | |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 5 of 12

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61079 | 3 | | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 | |
| 869041 | 3 | | | 230 | 25.917834 | -80.214042 | 777 N.W. 155TH LANE | Miami | FL | 33169 | |
| 169096 | 111 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 61114 | 11 | | | | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | |
| | | 15123 | 55506 | 60 | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | 15123 |
| 61114 | 1 | | | | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | |
| 61114 | 1 | | | | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | |
| 169096 | 31 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 21 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 169096 | 1 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |
| 61114 | 31 | | | | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | |
| 61114 | 1 | | | | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 | |
| 169096 | 31 | | | 60 | 25.82873611 | -80.31628611 | 7320 NW 61st Street | Miami | FL | 33166 | |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 6 of 12

| ID | Count | | Value | Lat | Lon | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 61079 | 3 | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 |
| 78353 | 12 | | 60 | 25.900701 | -80.252129 | 490 Ali Baba Way | Opa Locka | FL | 33054 |
| 78353 | 2 | | 60 | 25.900701 | -80.252129 | 490 Ali Baba Way | Opa Locka | FL | 33054 |
| 78353 | 2 | | 60 | 25.900701 | -80.252129 | 490 Ali Baba Way | Opa Locka | FL | 33054 |
| 61079 | 3 | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 |
| 61079 | 13 | | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 |
| 869041 | 113 | | 230 | 25.917834 | -80.214042 | 777 N.W. 155TH LANE | Miami | FL | 33169 |
| 869041 | 3 | | 230 | 25.917834 | -80.214042 | 777 N.W. 155TH LANE | Miami | FL | 33169 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 7 of 12

| 61079 | 13 | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 |
| 61079 | 13 | 150 | 25.92545 | -80.226473 | 1541 NW 165 STREET | Miami Gardens | FL | 33169 |

| Last Cell ID | Last Tower Azimuth | Last Tower LAT | Last Tower LONG | Last Tower Address | Last Tower City | Last Tower State | Last Tower Zip |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 55506 | 60 | 25.82173467 | -80.31099133 | 6980 NW 53rd TERRACE | North Westside | FL | 33166 |

**Information Provided By:**
T-Mobile US, Inc.  
Law Enforcement Relations  
4 Sylvan Way, Parsippany, New Jersey 07054  
Tel: 866-537-0911; Fax: 973-292-8697  
Page: 11 of 12

**T··Mobile·**

**Request Submission Response**

The first 4 groups of numbers of an IPv6 address are assigned by the network. The last 4 groups are assigned by the User Equipment (UE). The network suggests to the UE the IP address to use, however the UE is only forced to use the first 4 groups, and can randomly make up its own last 4 groups. Our records do not reflect the last 4 bits that the UE ultimately choose, only the suggested IPv6. The records produced are in UTC and the equivalent of the specific time frame requested:12/25/2021 2:44:00 PM - 12/25/2021 2:44:59 PM UTC

| IP_Address | MSISDN | IMEI | IMSI | Start_Time | End_Time | Node | LTE_ID | Cell_ID | LAC | Address | City | State | Zip | Azimuth | Latitude | Longitude | Downlink_Size | Uplink_Size | Duration | MCC | MNC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2607:FB90:902F:C979:0000:003B:18BE:1F01 | 17542343874 | 35685211638380 | 310260048003357 | 12-25-2021 14:40:58 | 12-25-2021 14:46:35 | FLPGW116 | 61153 | 1 | 0 | 14137 NW 19TH AVENUE | Opa Locka | FL | 33054 | 0 | 25.90471073 | -80.2310813 | 8417407 | 1437860 | 337 | 310 | 260 |