**DEFENSE EXHIBIT 7**

**ELECTRONIC EXHIBIT**

**FILED VIA CONVENTIONAL FILING**