UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20275-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAVON MOSS,

    Defendant.
_____/

FILED BY ___ D.C.
NOV 14 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANTS' NOTICE OF ELECTRONIC FILING OF EXHIBIT

Pursuant to Local Rule 5.3, undersigned counsel hereby files this notice of filing of exhibits offered or admitted at the November 7, 2022 Evidentiary Hearing on Defendant's Motion to Suppress Physical Evidence. Below is a description of each filed exhibit.

| Ex. | Description of Exhibit |
|---|---|
| 7 | Video of January 12 Interview of Lavon Moss – 1CD |

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By: _____
Aimee Ferrer
Assistant Federal Public Defender
Florida Bar No. 17827
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: aimee_ferrer@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **November 14, 2022**, I filed the foregoing document with the Clerk of the Court. A copy was provided via email to: Yara Dodin, Asst. United States Attorney, yara.dodin@usdoj.gov.

<em>/s/Aimee Ferrer</em>

**United States District Court**
**Southern District of Florida**

Case Number: 22-CR-20275-JeM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 11/14/22

Revised: 2/20/2019