UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20275-CR-MARTINEZ

**UNITED STATES OF AMERICA,**
        Plaintiff,

v.

**LAVON MOSS,**
        Defendant.
_____/

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Aimee Ferrer, Assistant Federal Public Defender, as counsel for the defendant, Lavon Moss, hereby certify the following:

Check the applicable sections:

[X]  **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

[X]  **AUDIO/VIDEO EXHIBITS:** The following audio and/or video exhibits were entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video recording. Counsel filing audio and/or video exhibits understands that all conventionally filed exhibits are available for public viewing unless filed under seal. (Itemize or attach a list.) **Defense Exhibit 7.**

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3 and Administrative Order 2016-70 may result in the imposition of sanctions.

Signature:  _/s/ Aimee Ferrer, AFPD_          Date: November 15, 2022