UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20275-CR-MARTINEZ-BECERRA

UNITED STATES OF AMERICA,

vs.

LAVON MOSS, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Lavon Moss, Jr.'s Motion to Suppress Physical Evidence, (ECF No. 19). Judge Becerra filed an R&R recommending that the Motion to Suppress be denied. (ECF No. 37). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 37), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Defendant's Motion to Suppress, (ECF No. 19), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 17 day of November, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record