# MINUTE ORDER

Page 4

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 01/09/25    Time: 1:30 p.m.

Defendant: Lavon Moss, Jr.,    J#: 07588-506    Case #: 22-CR-20275-MARTINEZ
AUSA: Michael Berger    Attorney: MaeAnn Dunker - AFPD
Violation: Violation of Supervised Release    Surr/Arrest Date: 1/9/25    YOB: 1989
Proceeding: Initial Appearance/Revocation    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: STIP - $25,000 PSB    Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: S.D. FL
- [x] Other: Reside at address of record/all previous imposed conditions

Language: English

Disposition:
Defendant advised of charges and rights. Defendant sworn.
Oral motion to appoint counsel – Granted – AFPD.
The parties stipulate to $25,000 PSB.
Defendant released.
All further proceedings with Judge Martinez.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:46:43    Time in Court: 3

s/Edwin G. Torres    Chief Magistrate Judge