UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20275-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
v.

LAVON MOSS,

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been reassigned to Assistant Federal Public Defender Kate Taylor.  Please direct any future inquiries, pleadings or correspondence to Ms. Taylor.

    Respectfully Submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

    By:  s/*Kate Taylor*
        Kate Taylor
        Assistant Federal Public Defender
        Florida Bar No.  A5502484
        150 W. Flagler Street, Suite 1700
        Miami, Florida  33130
        Tel:  305-530-7000/Fax:  305-536-4559
        E-Mail Address: kate_taylor@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 13, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Kate Taylor
                                              Kate Taylor