UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20275-CR-JEM(1)

**UNITED STATES OF AMERICA,**

vs.

**LAVON MOSS JR.,**

        **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice that the undersigned Assistant United States Attorney, Yara Dodin, is entering an appearance in the above-captioned case.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    s/ Yara Dodin
    Yara Dodin
    Assistant United States Attorney
    Florida Bar No. . 0124979
    99 NE 4th Street
    Miami, FL 33132
    (305) 961-9425 Office
    (305) 536-7213 Facsimile
    Yara.Dodin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 13, 2025 the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

s/ Yara Dodin
Yara Dodin
Assistant United States Attorney
